IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOMINGO ARREGUIN GOMEZ, a Lawful Permanent Resident of the U.S., MIRNA S., a Lawful Permanent Resident of the U.S., and VICENTA S., a U.S. Citizen,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*, in their official capacities,<br><br>*Defendants*. | Case No. 20-1419-APM<br><br>**MOTION FOR *PRO HAC VICE* ADMISSION OF STEPHEN W. MANNING AS ADDITIONAL COUNSEL FOR PLAINTIFFS** |

## MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY STEPHEN W. MANNING

Pursuant to Local Civil Rule 83.2(d), I move for the admission and appearance *pro hac vice* of attorney Stephen W. Manning in the above-entitled action. This motion is supported by the Declaration of Mr. Manning, filed herewith. As set forth in that declaration, Mr. Manning is admitted to and an active member in good standing of the following bars and courts: the Oregon State Bar; the Supreme Court of the United States; the U.S. Courts of Appeals for the Second, Third, Fifth, Sixth, Seventh, Ninth, and Tenth Circuits; the U.S. District Court for the District of Oregon; and the Oregon Supreme Court.

Date: May 29, 2020

/s/ Jesse M. Bless
Jesse M. Bless (D.D.C. Bar No. MA0020)
American Immigration Lawyers Association
1301 G. Street, Ste. 300
Washington, D.C. 20033
(781) 704-3897
jbless@aila.org

*Attorney for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOMINGO ARREGUIN GOMEZ, a Lawful Permanent Resident of the U.S., MIRNA S., a Lawful Permanent Resident of the U.S., and VICENTA S., a U.S. Citizen,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*, in their official capacities,<br><br>*Defendants*. | Case No. 20-1419-APM<br><br>**MOTION FOR *PRO HAC VICE* ADMISSION OF STEPHEN W. MANNING AS ADDITIONAL COUNSEL FOR PLAINTIFFS** |

## DECLARATION OF STEPHEN W. MANNING IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Stephen W. Manning, hereby declare as follows:

1. My full name is Stephen William Manning.

2. I am an attorney and the Executive Director of Innovation Law Lab. My office address is 333 SW Fifth Avenue, Suite 200, Portland, OR, 97204. My telephone number is (503) 241-0035.

3. I am a member of the bar of the State of Oregon (No. 013373) and am admitted to practice in the Supreme Court of the United States; the U.S. Courts of Appeals for the Second, Third, Fifth, Sixth, Seventh, Ninth, and Tenth Circuits; the U.S. District Court for the District of Oregon; and the Oregon Supreme Court.

4. I have not been disciplined by any state or federal bar and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. In the past two years, I have been admitted *pro hac vice* to the U.S. District Court for the District of Columbia one time.

6. I do not engage in the practice of law from an office located in the District of Columbia, I am not a member of the District of Columbia Bar, and I do not have an application for membership pending.

I hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 29th day of May, 2020, in Portland, OR.

Stephen W. Manning
INNOVATION LAW LAB
333 SW Fifth Ave. Ste. 200
Portland, OR 97204
Telephone: +1 503 241-0035
Facsimile: +1 503 241-7733
stephen@innovationlawlab.org

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOMINGO ARREGUIN GOMEZ, a Lawful Permanent Resident of the U.S., MIRNA S., a Lawful Permanent Resident of the U.S., and VICENTA S., a U.S. Citizen,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*, in their official capacities,<br><br>*Defendants*. | Case No. 20-1419-APM<br><br>**MOTION FOR *PRO HAC VICE* ADMISSION OF STEPHEN W. MANNING AS ADDITIONAL COUNSEL FOR PLAINTIFFS** |

### PROPOSED ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY STEPHEN W. MANNING

Upon consideration of the Motion for Admission *Pro Hac Vice* of Attorney Stephen W. Manning, it is hereby ORDERED that the Motion is GRANTED. Stephen W. Manning is admitted *pro hac vice* and may appear on behalf of Plaintiffs in the above-captioned case.

DATED: _____    _____
                                                                                    United States District Judge