IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOMINGO ARREGUIN GOMEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States of America, et al., <br><br> Defendants. | Civil Action No. 1:20-cv-01419 |

### PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

Plaintiffs respectfully move this Court for an order preliminarily enjoining Defendants from enforcing Presidential Proclamation No. 10014, 85 Fed. Reg. 23,441 (Apr. 22, 2020) (First Amended Complaint (FAC) Ex. A) (the "April Proclamation"), and Presidential Proclamation No. 10052, 85 Fed. Reg. 38263 (June 22, 2020) (as amended) (FAC Ex. C) (the "June Proclamation," and together with April Proclamation, the "Proclamations").  In the alternative, Plaintiffs respectfully request an order requiring the State Department to reserve unused diversity visa numbers for fiscal year 2020, so that visas may be granted upon a determination that the Proclamations are unlawful.  *See P.K. v. Tillerson*, 302 F. Supp. 3d 1, 8-10 (D.D.C. 2017).

Pursuant to Local Civil Rule 65.1(d), Plaintiffs respectfully request that the Court hold a hearing on this motion within 21 days of its filing. Plaintiffs further respectfully request that the Court decide this motion as expeditiously as possible, but **not later than August 31, 2020**.  The facts making expedition essential are detailed in the accompanying memorandum and declarations, but may be summarized as follows:  The Proclamations prohibit entry into the United States of (among others) immigrants seeking to become permanent residents.  The State Department has implemented these entry suspensions by refusing to issue visas.  Among the plaintiffs are six winners of the 2020 Diversity Visa Lottery, who are now eligible to obtain immigrant visas.  By

statute, however, these plaintiffs (and the class members whom they seek to represent) must receive their visas by the end of the 2020 fiscal year on September 30, 2020.  There is no provision for extending that deadline.  Should these plaintiffs and class members fail to obtain their visas by that date, they will lose the opportunity to immigrate to this country.  An expedited decision is therefore essential to ensure that the relief is effective for these Plaintiffs.

Pursuant to Local Civil Rule 7(m), Plaintiffs' counsel have conferred with counsel for Defendants.  Defendants oppose the motion.

July 31, 2020

Jesse M. Bless (D.D.C. Bar No. MA0020)
AMERICAN IMMIGRATION LAWYERS
   ASSOCIATION
1301 G Street NW, Ste. 300
Washington, D.C. 20005
(781) 704-3897
jbless@aila.org

Karen C. Tumlin (*pro hac vice*)
Esther H. Sung (*pro hac vice*)
JUSTICE ACTION CENTER
P.O. Box 27280
Los Angeles, CA 90027
Telephone: (323) 316-0944
karen.tumlin@justiceactioncenter.org
esther.sung@justiceactioncenter.org

Stephen Manning (*pro hac vice*)
Nadia Dahab (*pro hac vice*)
Tess Hellgren (*pro hac vice*)
Jordan Cunnings (*pro hac vice*)
INNOVATION LAW LAB
333 SW Fifth Avenue #200
Portland, OR 97204
Telephone: (503) 241-0035
stephen@innovationlawlab.org
nadia@innovationlawlab.org
tess@innovationlawlab.org
jordan@innovationlawlab.org

Respectfully submitted,

/s/ Andrew J. Pincus
Andrew J. Pincus (D.D.C. Bar No. 370762)
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006
Telephone: (202) 263-3000
apincus@mayerbrown.com

Matthew D. Ingber (*pro hac vice*)
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 506-2500
mingber@mayerbrown.com

Cleland B. Welton II (*pro hac vice*)
MAYER BROWN MEXICO, S.C.
Goldsmith 53, Polanco
Ciudad de Mexico, 11560
Telephone: (502) 314-8253
cwelton@mayerbrown.com

Laboni A. Hoq (*pro hac vice*)
LAW OFFICE OF LABONI A. HOQ
Justice Action Center Cooperating Attorney
P.O. Box 753
South Pasadena, CA 91030
laboni@hoqlaw.com