IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOMINGO ARREGUIN GOMEZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States of America, et al.,<br><br>Defendants. | Civil Action No. 1:20-cv-01419 |

## DECLARATION OF WILLIAM J. GUSTAFSON

1.　　I am the President and Chief Executive Officer of ASSE International, Inc. ("ASSE") and EurAuPair International, Inc. ("EurAuPair"), both of which are California public benefit corporations recognized under federal law as 501(c)(3) nonprofit organizations. I have worked with these organizations in a leadership capacity for over 40 years. The facts set forth in this declaration are based on my personal knowledge and, if called to testify to their truth, I would and could competently do so.

2.　　ASSE was formed in March 1976, and EurAuPair was formed in November 1988. Both organizations are "program sponsors" of Exchange Visitor Programs and engage in a private-public partnership with the U.S. Department of State ("State Department") to manage and administer those programs. All of the individuals who participate in ASSE's and EurAuPair's Exchange Visitor Programs are required to receive a State Department Certificate of Eligibility (Form DS-2019) from ASSE or EurAuPair and then obtain a J-1 nonimmigrant visa from the State Department to enter the United States and participate in the programs.

3.　　State Department regulations set forth 15 different exchange visitor categories for which individuals can obtain J-1 nonimmigrant visas. Program sponsors of Exchange Visitor Programs, like ASSE and EurAuPair, are generally institutions of higher education, government enterprises

1

and agencies, or private for-profit or nonprofit firms. Program sponsors are specifically designated to manage and administer one or more of the 15 J-1 Exchange Visitor categories. State Department regulations also establish the terms and conditions for each Exchange Visitor category.

4. ASSE is designated to manage and administer Exchange Visitor programs in, among others, the Summer Work Travel category, the Intern category, and the Trainee category. EurAuPair is designated to manage and administer an Exchange Visitor Program in the Au Pair category.

5. Both ASSE and EurAuPair have implemented work-from-home measures combined with a distinctive work space layout that permits significant physical distancing between staff in the office that allow their respective staff members to manage and administer their exchange visitor programs remotely, or in the offices, and in a manner that has not impeded their ability to issue Certificates of Eligibility and match program participants with host families and employers. The staff reductions described below would not have occurred, or would not occur, but for the issuance of the President's June 22 Proclamation suspending the issuance of visas to, and the entry of, all participants in ASSE's Summer Work Travel program, ASSE's Intern program, ASSE's Trainee program, and EurAuPair's Au Pair program who had not already received a visa or entered the United States before the date the Proclamation took effect.

**ASSE**

6. ASSE's mission is to foster international understanding through the exchange of students from countries around the world to host families, schools and host organizations in local communities throughout the United States. It also provides opportunities for American youngsters to live abroad, learning the language and cultures in other countries. ASSE's storied past began when it was founded over 40 years ago by the Swedish National Department of Education, in

conjunction with the U.S. Department of State, as a not-for-profit, public benefit organization, to facilitate exchanges between the Scandinavian countries and America. It has since expanded its scope of student exchange to countries in Europe, the Americas, Asia, the Pacific, and Africa. ASSE is one of the most well-respected organizations and one of the largest Private Sector High School Student Exchange Programs funded by the Department of State in facilitating exchanges for countries with significant Muslim population, with the Republics of the former Soviet Union and with the Federal Republic of Germany, as a bilateral exchange program. ASSE works with a worldwide network of partner organizations abroad, which are trained and monitored by ASSE to recruit, qualify, orient and transport appropriate program participants for its various Department of State designated programs. Student fees include costs for the above partner functions, airfares, participant insurance, post-departure follow-through, and for the sponsor, ASSE, its fees to cover costs of organizing and supervising the programs. This program management fee includes recruiting, qualifying, orienting and overseeing host organizations, assisting host organizations in developing extensive training flow plans where appropriate, oversight and adjustment support of student participants and issuance of Form DS-2019, Certificate of Eligibility.

7. To fulfill its mission, ASSE is designated by the U.S. Department of State as a 'Private Sector' sponsor to organize and administer, among others, three J-1 Exchange Visitor Post-Secondary Student Program categories: Intern, Trainee and Summer Work Travel. *See* 22 C.F.R. § 62.32 (Summer Work Travel category); 22 C.F.R. § 62.22 (Intern and Trainee categories). Under applicable State Department regulations, J-1 nonimmigrant visas generally may be issued for those categories only to individuals currently enrolled in full-time, degree-granting college or university programs abroad, or to individuals who are recent graduates of those post-secondary institutions.

ASSE recruits, qualifies and orients American host organizations who are willing to provide experience and training to these full-time students or recent graduates during their program stay.

8. ASSE's J-1 Summer Work Travel program provides university students from Europe, the Americas and Asia the chance to, during their summer break, gain experience in American host organizations in seasonal positions from 2 to 4 months duration; for Northern Hemisphere students, in remote seasonal resort locations catering to summer tourism and for Southern Hemisphere students, our winter, typically in mountain ski areas or warm weather resort locations, all in temporary seasonal jobs, while documenting that they are not displacing available American workers. The host organization must provide regular American cultural activities for the students.

9. ASSE's J-1 Intern Program provides youngsters who are full-time degree seeking university students from abroad, or recent graduates - many required to fulfill terms of approved experience and specific training in their field of study - the chance to spend from 3 to 12 months learning about American management or professional techniques, while living and assimilating American culture and perfecting their English skills. U.S. Department of State designated sponsor organizations, like ASSE, must document that such internships fulfill a varied training plan in the specific students' fields and do not displace Americans.

10. ASSE's J-1 Trainee program provides university or post-secondary education graduates, who have completed their degree abroad at least a year prior and have a minimum of one year's experience, or post-secondary education vocational specialists with at least 5 years' experience, the opportunity to spend from 3 to 18 months training in an American host organization. Trainees must have a diverse and varied training plan, which offers instruction and 'on the job' experience in several facets of a host organization, compatible with the participant's degree or specialty. In addition, participants live and learn American culture as part of the program, while gaining

knowledge of American organizational functions, which they take back to their home countries to improve their experience and knowledge base.

11. In all of ASSE's exchange visitor programs, State Department regulations require that each participant must be appropriately placed, oriented, supervised, and evaluated, and that cultural, and community events be integrated into each participant's stay.

12. For each individual who applies for and is accepted into one of ASSE's Exchange Visitor Programs, ASSE issues a "Certificate of Eligibility for Exchange Visitor (J-1) Status," which is the State Department document used in the administration of exchange visitor programs. ASSE issues the Certificate of Eligibility approximately 3-8 weeks before the participant is scheduled to enter the United States. The Certificate of Eligibility permits the Exchange Visitor program participant to seek an interview at a U.S. embassy or consulate for the purpose of obtaining a J-1 nonimmigrant visa.

13. In 2019, ASSE issued Certificates of Eligibility to 3,287 exchange visitors in its Summer Work Travel program, 461 J-1 exchange visitors in its Intern program, and 292 J-1 exchange visitors in its Trainee program. The State Department issued J-1 visas to ASSE exchange visitor program participants from 80 countries, who took on seasonal employment or on-the-job training positions in 42 states. The exchange visits for ASSE's program participants lasted 2-4 months for the Summer Work Travel program, 3-12 months for the Intern program, and 3-18 months for the Trainee program. After the exchange visits ended, Summer Work Travel and Intern program participants returned to their full-time studies at universities abroad (or, for some interns who were recent graduates, they returned abroad to start their careers). Trainee program participants returned abroad as well, but most are recent graduates with prior employment experience, so they returned home to early-career positions in their chosen profession. All returned home with new skills, new

international friendships and an increased knowledge of the American workplace and culture, eager to apply everything they learned, whether it be in their university studies or their work environment.

14. All three J-1 exchange visitor categories in which ASSE operates the above-described programs are subject to the entry suspension set forth in the President's June 22 Proclamation. As a result of the Proclamation, ASSE's Summer Work Travel, Intern, and Trainee Exchange Visitor programs have effectively been shut down. We remain obligated to monitor, administer, and support the small number of participants that are currently in the United States. The Trainee and Intern programs already have qualified participants, screened and vetted host companies ready to proceed should the June 22 Proclamation be enjoined. The Summer Work Travel participants relating to the "winter" program (students enrolled in universities in the southern hemisphere have their summer break during the U.S. winter season) have been recruited and placed with host companies and must begin visa processing in the Fall.

15. As of the date of this declaration, ASSE expects a total of 1,579 individual participants and 354 host companies for issuance of Certificates of Eligibility with start dates for the remainder of calendar year 2020 in the Summer Work Travel, Intern, or Trainee programs. If the June 22 Proclamation remains in effect, an estimated 2,798 of the Summer Work Travel program participants, 370 Intern program participants, and 241 Trainee program participants would not be able to enter the United States – including those that have already cancelled because of the June 22 Proclamation. That is a 94% decrease from the number of program participants that ASSE generally has in any recent year. Over the last three years, ASSE has averaged 3,203 participants in Summer Work Travel, 420 participants as Interns, and 280 participants as Trainees.

16. On January 1, 2020, ASSE employed 33 full-time equivalent (FTE) employees. As of the date of this declaration, five have been terminated and three have been furloughed. ASSE currently is paying about $700,000 per month to cover the wages, benefits, and other expenses for the remaining 25 staff. It is also covering the full costs of health insurance, vision, and dental care for furloughed employees and their families, which is about $1,500 per month per furloughed staff member. At the same time, however, ASSE is not generating income in any of three above-described programs. ASSE's remaining income stream relates solely to its high school exchange student program, which has been devastated by the Covid-19 pandemic, with students (and their parents) canceling their programs due to fear of traveling, and schools canceling student acceptance due to space limitations related to social distancing, as well as host families canceling their agreement to host a student from another country. ASSE's high school program for Fall 2020 is less than 30% of the enrollment experienced during each of the past 30 years, and at the current rate of cancellations, the final enrollment number may well be less than 20%.

17. As of the date of this declaration, and as a direct result of the Proclamation, ASSE has had to refund approximately $1,013,000 to its foreign partners in the Summer Work Travel program who expended money recruiting and screening foreign students who later, as a result of the Proclamation, had to cancel their exchange visit. ASSE has also had to refund approximately $123,500 to partners in our Intern and Trainee programs who have had to cancel their Exchange Visitor programs in the U.S.

18. ASSE will be forced to terminate or furlough an additional 8 to 12 FTE employees if no new Interns, Trainees, or "winter" Summer Work Travel program participants are able to enter the United States for the rest of 2020. If the Proclamation is not reversed or enjoined, ASSE will be deprived of a further $905,500 in program fees from its foreign partners for Interns, Trainees, and

"Winter" Work Travel participants who would normally arrive into the U.S. to begin their Exchange Programs in August through December.

19.     After the above-described terminations and/or furloughs have occurred, ASSE will be left with a skeletal staff to manage its decimated high school program (a small fraction of its normal size), which at this point has not been impacted by the President's Proclamation, and to manage the very small group of Summer Work Travel, Intern, and Trainee program participants who had entered the United States before the Proclamation was issued.

20.     As a result of the Proclamation, and assuming the Proclamation remains in effect for the remainder of 2020, ASSE will have exhausted its accumulated cash balance in early 2021, having to wind up and cease its operations. Even periodically cutting infrastructure staff to a small skeletal core, ASSE will be unable to survive through spring of 2021. In addition, with the partner organizations around the world exclusively, or primarily, dependent upon recruiting and qualifying program participants in their respective countries for ASSE (or other sponsors), these invaluable overseas partners have, or will soon become, insolvent and also cease to exist due to lack of revenue. Hence, ASSE will no longer have a network of overseas partners from which to draw participants for its various programs once the restrictions are finally lifted. Cultural 'Exchange Visitor Programs', as enabled by Congress in 1961, are some of the most vital tools of Public Diplomacy, more important than ever, but if the Proclamation remains in effect, the Exchange Visitor Organizations that are carrying out and overseeing these important programs will cease to exist.

21.     If the June 22 Proclamation is enjoined, ASSE may still be able to salvage its year because many Interns and Trainees have not yet cancelled and we could still produce our Summer Work Travel program for southern hemisphere students.  If the June 22 Proclamation is not enjoined,

however, the above-described harm to ASSE's business—which is so severe as to threaten its very existence as an organization—is certain to occur.

## EurAuPair

22. EurAuPair is one of the largest, oldest, and most highly reputed J-1 Au Pair Exchange Organizations in the United States. EurAuPair was established over 30 years ago and officially designated as a J-1 sponsor to bring bright, responsible, post-secondary school participants to the United States, who assist American parents in caring for younger children in exchange for inclusion in an American family, sharing their culture and language, while being immersed in American culture and studying in an American post-secondary educational institution.

23. EurAuPair is officially designated as a J-1 Au Pair program sponsor by the U.S. Department of State and subject to State Department regulations.

24. Under those regulations, *see* 22 C.F.R. § 62.31, qualified U.S. citizen or lawful permanent resident families may participate in EurAuPair's program so long as they have young children for the au pair to look after and require a childcare schedule not to exceed 45 hours per week. Families must also commit to provide weekends and other time off, vacation, and a stipend for the au pair to complete post-secondary coursework in the family's geographic location. Furthermore, families must agree to include the au pair as a family member, in family events, including meals, leisure time activities, excursions, etc. Although the au pair is provided her own room and meals by the host family, host families must provide the au pair with compensation consistent with the Fair Labor Standards Act and Department of Labor rules as incorporated by the State Department. EurAuPair recruits its young participants through a network of overseas partner organizations. These partner organizations, usually one per country, ensure that au pair applicants have childcare experience, are conversant in English, are at least 18 years old but no older than 26 years old on

arrival, have passed a psychometric test, have cleared a criminal background check and are of good character as demonstrated by in-person interviews and verified character references. Overseas EurAuPair partner organizations receive fee revenue for recruiting, screening, qualifying and preparing au pairs and through au pair application fees and production fees EurAuPair pays them. EurAuPair receives its fee revenue from its host families, covering: family recruitment and qualification, family matching, pre-arrival family and post arrival au pair orientations, a 5-day intensive Arrival Childcare Workshop, held in New York City, including professional instruction, monthly locally organized activities, full medical insurance coverage, monthly family and au pair monitoring and problem solving, plus round-trip airfare for participants from/to their home countries. Au Pairs do not displace young Americans, as it is unusual for such American youngsters to have interest in spending the minimum 12 to maximum 24 months living as a part of a family and caring for its young dependent children.

25. EurAuPair's field network of 10 Area Coordinators and nearly 300 Community Counselors provide support and guidance to au pairs and host families throughout their exchange year, beginning with interviewing and screening prospective host families, conducting host family and au pair orientations, maintaining monthly contact with each au pair and host family, planning monthly social and meeting activities with au pairs, and assisting with problem solving techniques in resolving placement issues. These invaluable local resources will be lost to us, and they will lose the small fee they receive for each Au Pair and Host Family placement they facilitate and support, unless the June 22 Proclamation is enjoined.

26. Au pairs must be between 18 and 26 years old on arrival, pass a criminal background check in their home country, pass a standardized psychometric test, speak English, have a driver's license, be secondary school graduates, have childcare experience and be willing to share their

culture while becoming a member of an American host family, while providing childcare for at least one year. Au pairs can, and many do, extend their initial year experience by up to an additional 12 months. Au pairs become part of their families, someone whom the families have come to love and trust with their most precious gift - their children. This continuity of reliable childcare eliminates the worry of having to say goodbye so soon to a 'big sister' from abroad, and helps to maintain the routine of daily home and work life.

27. For each Au Pair who applies for and is accepted into EurAuPair's Exchange Visitor program, EurAuPair issues a "Certificate of Eligibility for Exchange Visitor (J-1) Status," which is the State Department document used in the administration of Exchange Visitor programs. EurAuPair generally issues the Certificate approximately 3-8 weeks before the au pair's scheduled entry into the United States. The document permits the prospective au pair to seek an interview at a U.S. embassy or consulate for the purpose of obtaining a J-1 nonimmigrant visa.

28. In 2019, EurAuPair sponsored 739 Au Pair participants from 21 countries to live with and provide childcare to families in 46 states in the U.S. EurAuPair is authorized to issue 1,300 Certificates of Eligibility to Au Pair program participants each year. As of the date of this declaration, EurAuPair has a total of 548 host families that have a continuing interest in starting to host a new J-1 au pair during what remains of calendar year 2020.

29. During the first three months of 2020, EurAuPair experienced 29% growth in the number of EurAuPair au pairs entering the U.S. to assist American host families, compared to 2019. This growth pattern was expected to continue throughout 2020. Although Consular posts are now re-opening, they are not open for certain J-visa programs, including au pair visa applications. The 60-day exchange visitor program suspension announced by the State Department on March 12 originally delayed au pair arrivals and delayed income to EurAuPair of approximately

$575,000. Continued consular post closures further increased the number of au pairs delayed (and many were then forced to cancel their application), resulting in an additional $663,600 of program fees delayed or lost (completely lost if the Presidential Proclamation stands as currently written). If the Presidential Proclamation stands, not just delaying arrivals but preventing them altogether (including our pent-up demand since March 12), EurAupair will have lost a total of over $3,750,000 in revenue, which will force the complete dissolution of our organization and other organizations like EurAuPair and quite possibly end all au pair programs in the United States for good.

30. Particularly during the COVID-19 emergency, in-home childcare plays a significant role in the lives of U.S. workers and their families. In-home childcare better allows U.S. working parents to return to work, from home or on site, and thus aids, rather than impairs, the U.S. economic recovery. The needs of U.S. host families for in-home childcare will only increase over the course of the rest of the year (August through December 2020), when children may, depending on the city or state in which they live, be returning to school on a part-time basis, may be engaging in remote learning, and likely will need more daytime and after-school supervision and assistance. EurAuPair hosts that are military families are particularly negatively impacted, because they are on the move and relying on au pairs to allow military spouses to pursue their careers. Moreover, EurAuPair hosts with parents working long hours rely on au pairs, which includes many individuals beyond those treating COVID-19 patients and conducting research to combat COVID-19.

31. On January 1, 2020, EurAuPair employed 11 FTE employees. As of the date of this declaration, three have been terminated and two have been furloughed. During the furlough period, EurAuPair continues to pay 100 percent of the premiums for all health insurance, dental,

and vision coverage, which is about $1,500 per month per furloughed employee and family. To cover the wages, benefits, and other expenses for six employees, EurAuPair pays $267,000 per month but, because of the June 22 Proclamation, EurAuPair has not generated any income for over 4 months and will generate no income for the remainder of the year, effectively stopping the program and shutting down the organization.

32. To make matters worse, EurAuPair has had to refund $434,500 in fees to host families. I expect that number to increase substantially as families who remain hopeful realize that their au pair will be unable to join them in the United States.

33. If the Au Pair program cannot resume this year, EurAuPair will be forced to eliminate two additional FTEs and either extend existing furlough periods or convert those furloughs to terminations. EurAuPair will also be forced to forego millions of dollars in revenue (from June to December) associated with expected Au Pairs who cannot be placed with their host families because they cannot enter the United States. If the Proclamation remains in effect, EurAuPair will run out of funds and will not continue to exist by early 2021. EurAuPair partners abroad either exclusively, or primarily, serve to recruit and prepare qualified au pairs from their home countries. They have ended, or by year's end will be forced to end this substantial part of their business.

34. Should the June 22 Proclamation be enjoined in August 2020, we are confident we would be able to reopen and operate our exchange programs including securing J-1 visa issuance for our participants.

35. The July 17 2020 guidance from the State Department concerning some limited exceptions to the June 22 Proclamation does not help us. Host families responding to an informal survey show that at maximum, 9% feel they may qualify for one of the exemptions, but that includes some

freedom of interpretation, as currently there is no direction or clarity by the Department of State of the intended exemptions and how they can be documented.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 28, 2020.

_____
By:  William J. Gustafson