## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DOMINGO ARREGUIN GOMEZ, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 20-cv-01419 (APM) |
| | ) | |
| **DONALD J. TRUMP, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| **MOHAMMED ABDULAZIZ ABDUL MOHAMMED, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 20-cv-01856 (APM) |
| | ) | |
| **MICHAEL R. POMPEO, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| **AFSIN AKER, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 20-cv-01926 (APM) |
| | ) | |
| **DONALD J. TRUMP, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| **CLAUDINE NGUM FONJONG, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |

|  |  |  |
|---|---|---|
| **v.** | ) | **Case No. 20-cv-02128 (APM)** |
|  | ) |  |
| **DONALD J. TRUMP, et al.,** | ) |  |
|  | ) |  |
| **Defendants.** | ) |  |
| _____ | ) |  |

## <u>ORDER</u>

Pursuant to the telephonic scheduling hearing held on August 7, 2020, the court orders the following with regard to further proceedings in this matter:

A.    Defendants shall file their Opposition to the *Mohammed* Plaintiffs' Motion for Expedited Discovery on or before **August 11, 2020**.

B.    The parties shall appear for a telephonic status conference on **August 12, 2020, at 11:30 a.m. EDT**.

C.    Defendants shall file their Combined Opposition to Plaintiffs' Motions for Preliminary Injunction and Temporary Restraining Order on or before **August 18, 2020**. The Opposition shall be no more than 65 pages.

D.    Defendants shall also file their Opposition to the *Gomez* Plaintiffs' Motion for Class Certification on or before **August 18, 2020**.

E.    The *Gomez* Plaintiffs shall file a Reply in Support of their Motion for Preliminary Injunction on or before **August 24, 2020**. The Reply shall be no more than 30 pages.

F.    The *Gomez* Plaintiffs shall also file a Reply in Support of the Motion for Class Certification on or before **August 24, 2020**.

G.    The *Mohammed*, *Fonjong*, and *Akar* Plaintiffs shall file their Combined Reply in Support of Their Motions for Preliminary Injunction and Temporary Restraining Order on or before **August 24, 2020**. The Combined Reply shall be no more than 30 pages.

H.      The court will hold a hearing on Plaintiffs' Motions for Preliminary Injunction and Temporary Restraining Order on August 27, 2020, at 1:00 p.m.

**The parties may not extend any of the above deadlines by stipulation; instead, the parties must seek an extension by motion.  Motions to extend deadlines shall indicate whether any previous extensions were requested.**

Dated:  August 7, 2020

_____
Amit P. Mehta
United States District Court Judge