# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOMINGO ARREGUIN GOMEZ, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DONALD J. TRUMP, et al., ) <br> ) <br> Defendants. ) | Case No. 20-cv-01419 (APM) |
| MOHAMMED ABDULAZIZ ABDUL MOHAMMED, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MICHAEL R. POMPEO, et al., ) <br> ) <br> Defendants. ) | Case No. 20-cv-01856 (APM) |
| AFSIN AKER, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DONALD J. TRUMP, et al., ) <br> ) <br> Defendants. ) | Case No. 20-cv-01926 (APM) |
| CLAUDINE NGUM FONJONG, et al., ) <br> ) <br> Plaintiffs, ) | |

|  |  |  |
|---|---|---|
| v. | ) | Case No. 20-cv-02128 (APM) |
| **DONALD J. TRUMP, et al.,** | ) | |
| **Defendants.** | ) | |

|  |  |  |
|---|---|---|
| **CHANDAN PANDA, et al.,** | ) | |
| **Plaintiffs,** | ) | |
| v. | ) | Case No. 20-cv-1907 (APM) |
| **CHAD F. WOLF, et al.,** | ) | |
| **Defendants.** | ) | |

## AMENDED ORDER

Pursuant to the telephonic status hearing held on August 13, 2020, in *Panda v. Wolf*, 20-cv-1907, the *Panda* matter is hereby partially consolidated with the instant case, and the court amends its previous scheduling order as follows:

A. Defendants shall file their Combined Opposition to the *Gomez*, *Mohammed*, *Aker*, and *Fonjong* Plaintiffs' Motions for Preliminary Injunction and Temporary Restraining Order, and to the merits of Counts 1 and 2 of the *Panda* Plaintiffs' Motion for Preliminary Injunction, on or before **August 18, 2020**. The Opposition shall be no more than **75** pages.

B. Defendants shall also file their Opposition to the *Gomez* Plaintiffs' Motion for Class Certification on or before **August 18, 2020**.

C. The *Gomez* Plaintiffs shall file a Reply in Support of their Motion for Preliminary Injunction on or before **August 24, 2020**. The Reply shall be no more than 30 pages.

D. The *Gomez* Plaintiffs shall also file a Reply in Support of the Motion for Class Certification on or before **August 24, 2020**.

      E.      The *Mohammed*, *Fonjong*, and *Aker* Plaintiffs shall file their Combined Reply in Support of Their Motions for Preliminary Injunction and Temporary Restraining Order on or before **August 24, 2020**. The Combined Reply shall be no more than 30 pages.

      F.      The *Panda* Plaintiffs shall file their Reply In Support of the Merits of Counts One and Two of their Preliminary Injunction on or before **August 24, 2020**. The Reply shall be no more than 30 pages.

      G.      The court will hold a hearing on Plaintiffs' Motions for Preliminary Injunction and Temporary Restraining Order on **August 27, 2020, at 1:00 p.m.**

**The parties may not extend any of the above deadlines by stipulation; instead, the parties must seek an extension by motion. Motions to extend deadlines shall indicate whether any previous extensions were requested.**

Dated: August 13, 2020

                                          Amit P. Mehta
                                    United States District Court Judge