# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DOMINGO ARREGUIN GOMEZ, et al.,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**DONALD J. TRUMP, et al.,** )<br>)<br>**Defendants.** )<br>)<br>) | **NOTICE OF COMPLIANCE WITH THE COURT'S ORDER**<br><br>Case No. 20-cv-01419 (APM) |
| **MOHAMMED ABDULAZIZ ABDUL MOHAMMED, et al.,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**MICHAEL R. POMPEO, et al.,** )<br>)<br>**Defendants.** )<br>)<br>) | Case No. 20-cv-01856 (APM) |
| **AFSIN AKER, et al.,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**DONALD J. TRUMP, et al.,** )<br>)<br>**Defendants.** )<br>)<br>) | Case No. 20-CV-01926 (APM) |

| | |
|---|---|
| **CLAUDINE NGUM FONJONG, et al.,**  )<br>)<br>**Plaintiffs,**  )<br>v.  )<br>)<br>**DONALD J. TRUMP, et al.,**  )<br>)<br>**Defendants.**  )<br>)<br>)<br>)<br>)<br>)<br>**CHANDAN PANDA, et al.,**  )<br>)<br>**Plaintiffs,**  )<br>)<br>v.  )<br>)<br>**CHAD F. WOLF, et al.,**  )<br>)<br>**Defendants.**  )<br>)<br>) | Case No. 20-cv-02128 (APM)<br><br><br><br><br><br><br><br>Case No. 20-cv-01907 (APM) |

On August 17, 2020, in accordance with the Court's Order, ECF No. 77, Defendants produced the administrative record in this case to Plaintiffs and the Court, and filed a notice to that effect. ECF No. 91. Defendants notify the Court that on this date they have provided Plaintiffs' counsel with an electronic copy of the amended administrative record via email. As the record includes redactions, in accordance with the Court's Order, ECF No. 77, Defendants have provided the Court with an electronic copy of the unredacted amended administrative record. Also, Defendants have provided Plaintiffs' counsel and the Court with a privilege log to explain redactions made in the record.

Defendants provide the administrative record in order to comply with the Court's Order, ECF No. 77, but do not waive their argument that the Plaintiffs in this consolidated

action fail to challenge a final agency action that is subject to judicial review.

| | |
|---|---|
| August 20, 2020 | ETHAN P. DAVIS<br>Acting Assistant Attorney General, Civil Division<br><br>WILLIAM C. PEACHEY<br>Director, Office of Immigration Litigation, District Court Section<br><br>COLIN A. KISOR<br>Deputy Director<br><br>GLENN GIRDHARRY<br>Assistant Director<br><br>JAMES J. WEN<br>BENTON YORK<br>CHRISTOPHER T. LYERLA<br><br>*/s/ Christopher Lyerla*<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>(202) 598-3967<br>Christopher.T.Lyerla@usdoj.gov<br><br>*Attorneys for Defendants* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2020, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

<div style="margin-left:50%">

*/s/ Christopher Lyerla*
Trial Attorney
U.S. Department of Justice
Civil Division

</div>