**EXHIBIT L**

## Fwd: RE: Re[9]: Request for clarification_case number 2020EU10484

Ahtamsho Naimov <ahtamsho77@mail.ru>

Tue 8/11/2020 10:06 AM

**To:** Curtis Morrison <curtis@curtismorrisonlaw.com>

Dear Sir/Madam,
Forwarding you two more communications, please see the last two e-mails added to the previouse chain i sent you couple of minutes ago.

With best regards,
**Naimov Ahtamsho**
**Republic of Tajikistan**
**(+992) 902225550**


-------- Пересылаемое сообщение --------
От кого: USAKZ <usakz@state.gov>
Кому: Ahtamsho Naimov <ahtamsho77@mail.ru>
Дата: Среда, 5 августа 2020, 8:54 +03:00
Тема: RE: Re[9]: Request for clarification_case number 2020EU10484


Good morning,


Please be advised that we strictly follow the Presidential Proclamation and  therefore the visas can not be printed.


Consular Section/IV Unit


U.S.Consulate General in Almaty


97 Zholdasbekov St., 17th floor


http://kz.usembassy.gov




**From:** Ahtamsho Naimov <[/compose?To=ahtamsho77@mail.ru]ahtamsho77@mail.ru>
**Sent:** Sunday, July 26, 2020 11:25 AM
**To:** USAKZ <[/compose?To=USAKZ@state.gov]USAKZ@state.gov>
**Subject:** Re[9]: Request for clarification_case number 2020EU10484

Dear Sir/Madam,

This is sad to hear.

I understand that we as humans are all unfortunate to have a **brainless coronavirus** today impacting our normal life and decisions.

But I don't give up the hope actually as I believe America does protect justice for people and I still wait hoping that the deadline (September 30, 2020) will be extended and I with my family will have our opportunity back.

Thank you very much for answering my emails.

Stay well and protected.

With best regards,
**Naimov Ahtamsho**
**Republic of Tajikistan**
**(+992) 902225550**

> Пятница, 17 июля 2020, 7:50 +03:00 от USAKZ <[//e.mail.ru/compose/?mailto=mailto%3ausakz@state.gov]usakz@state.gov>:
>
> Good morning,
>
> Please be advised that the Presidential Proclamation applies to your case and you can not be issued a visa. DV visas that was NOT issued till April 22, 2020 can not be issued till the end of year and after 30 September 2020 DV-2020 can not be issued under any circumstances.  It means your visa is cancelled.
>
> Consular Section/IV Unit
>
> U.S.Consulate General in Almaty
>
> 97 Zholdasbekov St., 17th floor
>
> http://kz.usembassy.gov

**From:** Ahtamsho Naimov <ahtamsho77@mail.ru>
**Sent:** Wednesday, July 15, 2020 12:55 PM
**To:** USAKZ <USAKZ@state.gov>
**Subject:** Re[7]: Request for clarification_case number 2020EU10484

Dear Sir/Madam,

Thank you very much for your prompt reply.

In that case, I talked to a mailing service in Dushanbe which agreed to deliver my family's passports to US Consulate, Almaty, so I immediately pack and send our passports that are in accordance with instruction I was given when I was present at the interview on February 18, 2020. This was one of the option you gave in the e-mail dating March 18, 2020 in this chain of communication.

I really hope for your kind support and understanding that undergoing the whole procedure hitherto (documentation, travel expenditure etc.) took us almost 10 000USD which is a huge money at my family level and in the economy we live. And the hope and expectation of each of my family member to successfully having our visas issued is beyond any cost to cover. We really hope for your decision to guide us further and contribute to supporting on visa issuance.

Stay well and protected!


With best regards,
**Naimov Ahtamsho**
**Republic of Tajikistan**
**(+992) 902225550**


> Среда, 15 июля 2020, 6:44 +03:00 от USAKZ <usakz@state.gov>:
>
> Good morning,
>
>
> No, DV2020 can be issued only until September 20, 2020. DV2020 can not be issued under ANY circumstances after September 30, 2020.
>
>
> Consular Section/IV Unit
> U.S.Consulate General in Almaty

97 Zholdasbekov St., 17th floor
http://kz.usembassy.gov

**From:** Ahtamsho Naimov <[//e.mail.ru/compose/?mailto=mailto%3aahtamsho77@mail.ru]ahtamsho77@mail.ru>
**Sent:** Monday, July 13, 2020 10:18 PM
**To:** USAKZ <[//e.mail.ru/compose/?mailto=mailto%3aUSAKZ@state.gov]USAKZ@state.gov>
**Subject:** Re[5]: Request for clarification_case number 2020EU10484

Dear Sir/Madam,

Thank you very much for your reply.

I apologize for further curiosity but as far as I understand once hopefully things turn to normal by end of December 2020 and once there's no extension of Proclamation and the DV visa issuance is resumed, I trust my case will be considered/continued and I should be able to present my family passports for further procedures as I was informed when I was in the interview at US Consulate and I really hope we'll have our visas issued, right?

As such these days are times for patience and keeping positive, and waiting for the end of December is no problem but really hope for consideration of my case and successful issuance of visas.

Looking forward to hearing positive from you soon.

Stay well and protected!

With best regards,
**Naimov Ahtamsho**
**Republic of Tajikistan**
**(+992) 902225550**

> Понедельник, 13 июля 2020, 9:51 +03:00 от USAKZ <usakz@state.gov>:
>
> Good afternoon,
>
> Thank you for your email.
>
> Please be informed that Immigration is suspended in accordance with the NEW **Presidential Proclamation** dated JUN 22, 2020 until 31 December 2020. It is an extension of the Proclamation dated April 22, 2020.  https://www.whitehouse.gov/presidential-actions/proclamation-

suspending-entry-aliens-present-risk-u-s-labor-market-following-coronavirus-outbreak/. It means DV2020 is cancelled and any new visas for DV2020 **can not be issued.**

Consular Section/IV Unit
U.S.Consulate General in Almaty
97 Zholdasbekov St., 17th floor
http://kz.usembassy.gov

☐

**IK**

---

**From:** Ahtamsho Naimov <[//e.mail.ru/compose/?mailto=mailto%3aahtamsho77@mail.ru]ahtamsho77@mail.ru>
**Sent:** Sunday, June 28, 2020 12:56 PM
**To:** USAKZ <[//e.mail.ru/compose/?mailto=mailto%3aUSAKZ@state.gov]USAKZ@state.gov>
**Subject:** Re[3]: Request for clarification_case number 2020EU10484

Dear Sir/Madam,

Hope and wish this mail finds you in full health!

I am Naimov Ahtamsho Akbarovich, DV-2020 visa applicant with case number 2020EU10484, a citizen of Tajikistan.

As a follow up to previous e-mail, I am writing to check if I can deliver my family's passports through a mailing service (that I checked is functioning these days).

As I understood there has been 60 days holidays/suspension but i don't really know if the immigrant visa related processes has resumed or not. Kindly request you to guide by letting me know if we can send our documents to US Consulate address for visa issuance.

Just to remind, I was present during scheduled appointment at
US Consulate General, Almaty on February 18, 2020 09:20 AM and I was instructed to re-submit my children's passports to the US Consulate that I could not do due to pandemic crisis.

Thank you very much in advance.

With best regards,
**Naimov Ahtamsho**
**Republic of Tajikistan**
**(+992) 902225550**

> Суббота, 21 марта 2020, 11:00 +03:00 от Ahtamsho Naimov <[//e.mail.ru/compose/?mailto=mailto%3aahtamsho77@mail.ru]ahtamsho77@mail.ru>:
>
> Dear Sir/Madame,
> Thank you very much for clarification and giving the options, will be followed as appropriate.
> Wishing you health and wellbeing!
>
> With best regards,
> **Naimov Ahtamsho**
> **Republic of Tajikistan**
> **(+992) 902225550**
>
>> Среда, 18 марта 2020, 4:59 +03:00 от USAKZ <usakz@state.gov>:
>>
>> Good morning,
>>
>> You can deliver your documents with any mailing service if you find one that delivers from Tajikistan to Kazakhstan or have to wait until situation is clear in the country and flights start functioning.
>>
>> Thank you,

Consular Section / IV Unit

U.S.Consulate General in Almaty

97 Zholdasbekov St., 17th floor

http://kz.usembassy.gov

**From:** Ahtamsho Naimov <ahtamsho77@mail.ru>
**Sent:** Monday, March 16, 2020 1:09 PM
**To:** USAKZ <USAKZ@state.gov>
**Subject:** Request for clarification_case number 2020EU10484

Dear Sir/Madam,

Hope this mail finds you well and healthy!

I am Naimov Ahtamsho Akbarovich, DV-2020 visa applicant with case number 2020EU10484, a citizen of Tajikistan. I was present during scheduled appointment at US Consulate General, Almaty on February 18, 2020 09:20 AM. I am writing to remind you that I was instructed to re-submit my and my family members' passports to the US Consulate any Tuesday at 10:30AM no later than one month. Today (March 16, 2020) morning I had my flight (Dushanbe-Almaty) however, in Dushanbe airport only Kazakhstan citizens were allowed to travel to Almaty while the rest of none-Kazakh passengers we not allowed for the flight due to COVID-19 related preventive measures.
Attached, I am sharing scanned copies of my passport along with passports of my family members applying for DV visa and also copy of my flight ticket for your information, please.
**Please let me know if I can deliver the passports through any functionning mail service** as presently in-person travel seems to be impossible. I kindly request to let us know of further instructions. I wish and hope for positive developments at soonest and really hope for an opportunity for further processing of our visa issuance.

Wishing you health and wellbeing!

With best regards,
**Naimov Ahtamsho**
**Republic of Tajikistan**
**(+992) 902225550**