# **DECLARATION OF MARC E. CALIXTE**

I, Marc E. Calixte, hereby declare under penalty of perjury:

1. I am employed by U.S. Customs and Border Protection (CBP) as Acting Director of the Office of Field Operations, Traveler Entry Programs Division. In that capacity, I am authorized to search CBP's electronic TECS system for records of border crossing encounters at the United States border. The following declaration is based on personal knowledge and information acquired in my official capacity in the performance of my official functions.

2. TECS reflects, with respect to Diego Barco CUERPO, that CBP encountered Diego Barco CUERPO on February 8, 2020 at the John F. Kennedy International Airport and admitted Diego Barco CUERPO to the United States on that date under E-2 nonimmigrant status.

3. TECS reflects, with respect to Diego Barco CUERPO, that there are no records of Diego Barco CUERPO's departure from the United States since Diego Barco CUERPO's entry on February 8, 2020.

4. TECS reflects, with respect to Raefa Sufian Ibrahim GHANAYEM, that CBP encountered Raefa Sufian Ibrahim GHANAYEM on July 4, 2020 at the Chicago O'Hare International Airport and admitted Raefa Sufian Ibrahim GHANAYEM to the United States on that date under L-2 nonimmigrant status.

5. TECS reflects, with respect to Raefa Sufian Ibrahim GHANAYEM, that on August 27, 2020, Raefa Sufian Ibrahim GHANAYEM, departed the United States, travelling from Washington Dulles International Airport to Dubai, United Arab Emirates.

6. TECS reflects, with respect to Ahmad S. D. SALAMA, that CBP encountered Ahmad S. D. SALAMA on March 15, 2020 at Washington Dulles International Airport and admitted Ahmad S. D. SALAMA to the United States on that date under L-1A nonimmigrant status.

7. TECS reflects, with respect to Ahmad S. D. SALAMA, that on August 27, 2020, Ahmad S. D. SALAMA, departed the United States, travelling from Washington Dulles International Airport to Dubai, United Arab Emirates.

8. TECS reflects, with respect to Marc CYRUS, that CBP encountered Marc CYRUS on September 1, 2020 at the Blaine Pacific Highway Port of Entry and admitted Marc CYRUS to the United States on that date with a Canadian passport.

9. TECS reflects, with respect to Marc CYRUS, that on September 2, 2020, Marc CYRUS, departed the United States to Canada at a Canadian Land Border Crossing.

I declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Washington, D.C.
September 2, 2020

*[signature]*

Marc E. Calixte, Acting Director
Traveler Entry Programs Division
Office of Field Operations
U.S. Customs and Border Protection
U.S. Department of Homeland Security