## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DOMINGO ARREGUIN GOMEZ, et al.,** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> **v.** ) <br> ) <br> **DONALD J. TRUMP, et al.,** ) <br> ) <br> **Defendants.** ) <br> ) <br> ) | **DECLARATION OF** <br> **TIENYUN CHANG** <br><br> Case No. 20-cv-01419 (APM) |
| **MOHAMMED ABDULAZIZ** <br> **ABDUL MOHAMMED, et al.,** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> **v.** ) <br> ) <br> **MICHAEL R. POMPEO, et al.,** ) <br> ) <br> **Defendants.** ) <br> ) | Case No. 20-cv-01856 (APM) |
| **AFSIN AKER, et al.,** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> **v.** ) <br> ) <br> **DONALD J. TRUMP, et al.,** ) <br> ) <br> **Defendants.** ) <br> ) <br> ) | Case No. 20-CV-01926 (APM) |

| | |
|---|---|
| **CLAUDINE NGUM FONJONG, et al.,**<br><br>Plaintiffs, v.<br><br>**DONALD J. TRUMP, et al.,**<br><br>Defendants. | Case No. 20-cv-02128 (APM) |
| **CHANDAN PANDA, et al.,**<br><br>Plaintiffs, v.<br>**CHAD F. WOLF, et al.,**<br><br>Defendants. | Case No. 20-cv-01907 (APM) |

I, Tienyun Chang, hereby make the following declaration with respect to the above captioned matter.

1. I make this declaration based on the best information made available to me in the course of my official duties.

2. I have been with United States Citizenship Immigration Services (USCIS), a component within the U.S. Department of Homeland Security (DHS), since May 29, 2005. I am currently a Section Chief assigned to the National Benefits Center in Lee's Summit, Missouri.

3. Diego Barco Cuerpo is a native of Spain born on ▮▮▮▮▮▮▮. He was admitted to the United States on February 8, 2020 and filed a Form I-485, Application to Register Permanent Residence or Adjust Status on July 27, 2020.

2

4. Ahmad S. D. Salama is a native of Palestine born on ▮▮▮▮. His wife, Raefa Ghanayem, also a native of Palestine, was born on ▮▮▮▮. Ahmad S. D. Salama was admitted to the United States on March 15, 2020, Raefa Ghanayem was admitted on July 4, 2020. Both of them departed from the United States on August 27, 2020. Relevant records do not show that either of them has filed a Form I-485, Application to Register Permanent Residence or Adjust Status.

5. Marc Cyrus is a native of Iran and a citizen of Canada born on ▮▮▮▮. Relevant records indicate that he enters the United States almost on a daily basis as a Canadian visitor, and his last entry into the United States was on September 1, 2020. Relevant records do not show that he has filed a Form I-485, Application to Register Permanent Residence or Adjust Status.

6. Talgat Tleubayev is a native of Kazakhstan born ▮▮▮▮. His wife, Madina Umirzhanova is a native of Kazakhstan born on ▮▮▮▮. Both of them were admitted to the United States on July 16, 2020. Relevant records do not show that either of them has filed a Form I-485, Application to Register Permanent Residence or Adjust Status.

7. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 2nd day of September 2020.

*Tienyu Chang*