UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOMINGO ARREGUIN GOMEZ, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DONALD J. TRUMP, et al., )<br>)<br>Defendants. )<br>) | Case No. 20-cv-01419 (APM) |
| MOHAMMED ABDULAZIZ<br>ABDUL MOHAMMED, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MICHAEL R. POMPEO, et al., )<br>)<br>Defendants. )<br>) | Case No. 20-cv-01856 (APM) |
| AFSIN AKER, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DONALD J. TRUMP, et al., )<br>)<br>Defendants. )<br>) | Case No. 20-cv-01926 (APM) |
| CLAUDINE NGUM FONJONG, et al., )<br>)<br>Plaintiffs, )<br>) | |

|  |  |
|---|---|
| v. | Case No. 20-cv-02128 (APM) |
| DONALD J. TRUMP, et al., | |
| Defendants. | |

|  |  |
|---|---|
| CHANDAN PANDA, et al., | |
| Plaintiffs, | |
| v. | Case No. 20-cv-1907 (APM) |
| CHAD F. WOLF, et al., | |
| Defendants. | |

## AMENDED ORDER

The report referenced in paragraph 4, on page 84 of the court's Memorandum Opinion & Order, *see* ECF No. 123, shall now be due by no later than **September 21, 2020**. All other aspects of the court's previous order are unchanged and remain in effect.

Dated: September 10, 2020

Amit P. Mehta
United States District Judge

2