# EXHIBIT A

# Phil Kuck

| | |
|---|---|
| **From:** | Charles Kuck |
| **Sent:** | Thursday, September 10, 2020 5:06 PM |
| **To:** | York, Thomas B. (CIV); Lyerla, Chris T. (CIV); Wen, James J. (CIV); Chang, William (USADC); Caplen, Robert (USADC); Kisor, Colin (CIV); Girdharry, Glenn M (CIV); Goldsmith, Aaron (CIV); Press, Joshua S. (CIV) |
| **Cc:** | Danielle Claffey; Phil Kuck; Greg Siskind; karen.tumlin@justiceactioncenter.org; Jesse Bless; esther.sung@justiceactioncenter.org; 'Laboni Hoq'; Welton, Cleland; Rafael Urena; Curtis Morrison; abadir@barrelaw.com |
| **Subject:** | RE: Implementation of Order in Gomez et al. |

Thomas, it is now 5:00 pm for those of the east coast. I was wondering, when, today we were going to hear back about fixes to the issues we raised in the email?

Charles H. Kuck
Managing Partner



365 Northridge Road
Suite 300
Atlanta, GA 30350
www.immigration.net
ckuck@immigration.net
Phone: (404) 816-8611    Direct Dial: (404) 949-8154    Fax: (404) 816-8615



Follow Us Online For The Latest Immigration News: 

From: York, Thomas B. (CIV) <Thomas.B.York@usdoj.gov>
Sent: Thursday, September 10, 2020 2:59 PM
To: Charles Kuck <CKuck@immigration.net>; Lyerla, Chris T. (CIV) <Christopher.T.Lyerla@usdoj.gov>; Wen, James J. (CIV) <James.J.Wen@usdoj.gov>; Chang, William (USADC) <William.Chang2@usdoj.gov>; Caplen, Robert (USADC) <Robert.Caplen@usdoj.gov>; Kisor, Colin (CIV) <Colin.Kisor@usdoj.gov>; Girdharry, Glenn M (CIV) <Glenn.Girdharry@usdoj.gov>; Goldsmith, Aaron (CIV) <Aaron.Goldsmith@usdoj.gov>; Press, Joshua S. (CIV)

1

&lt;Joshua.Press@usdoj.gov&gt;
**Cc:** Danielle Claffey &lt;DClaffey@immigration.net&gt;; Phil Kuck &lt;PKuck@immigration.net&gt;; Greg Siskind &lt;gsiskind@visalaw.com&gt;; karen.tumlin@justiceactioncenter.org; Jesse Bless &lt;jbless@aila.org&gt;; esther.sung@justiceactioncenter.org; 'Laboni Hoq' &lt;labonihoq@gmail.com&gt;; Welton, Cleland &lt;CWelton@mayerbrown.com&gt;; Rafael Urena &lt;ru@urenaesq.com&gt;; Curtis Morrison &lt;curtis@curtismorrisonlaw.com&gt;; abadir@barrelaw.com
**Subject:** RE: Implementation of Order in Gomez et al.

Hi Charles—

We have forwarded your inquiry to State Department, and we will get back to you asap.

**Benton York**

Trial Attorney
U.S. Department of Justice Civil Division, OIL-DCS
(202) 598-6073

**From:** Charles Kuck &lt;CKuck@immigration.net&gt;
**Sent:** Thursday, September 10, 2020 2:50 PM
**To:** Lyerla, Chris T. (CIV) &lt;clyerla@CIV.USDOJ.GOV&gt;; Wen, James J. (CIV) &lt;jwen@CIV.USDOJ.GOV&gt;; York, Thomas B. (CIV) &lt;thyork@CIV.USDOJ.GOV&gt;; Chang, William (USADC) &lt;WChang@usa.doj.gov&gt;; Caplen, Robert (USADC) &lt;RCaplen@usa.doj.gov&gt;; Kisor, Colin (CIV) &lt;CKisor@civ.usdoj.gov&gt;; Girdharry, Glenn M (CIV) &lt;ggirdhar@CIV.USDOJ.GOV&gt;; Goldsmith, Aaron (CIV) &lt;AGoldsmi@civ.usdoj.gov&gt;; Press, Joshua S. (CIV) &lt;jpress@CIV.USDOJ.GOV&gt;
**Cc:** Danielle Claffey &lt;DClaffey@immigration.net&gt;; Phil Kuck &lt;PKuck@immigration.net&gt;; Greg Siskind &lt;gsiskind@visalaw.com&gt;; karen.tumlin@justiceactioncenter.org; Jesse Bless &lt;jbless@aila.org&gt;; esther.sung@justiceactioncenter.org; 'Laboni Hoq' &lt;labonihoq@gmail.com&gt;; Welton, Cleland &lt;CWelton@mayerbrown.com&gt;; Rafael Urena &lt;ru@urenaesq.com&gt;; Curtis Morrison &lt;curtis@curtismorrisonlaw.com&gt;; abadir@barrelaw.com
**Subject:** RE: Implementation of Order in Gomez et al.

While I do so hate to be a pest, we are being inundated with issues caused by the problems below, and what appears to be serious non-compliance with the judge's order at the KCC and a numerous consulates around the world. When, today, can we expect to hear from you? Or perhaps we can talk today at 5 or 6 pm?

Charles H. Kuck
Managing Partner



365 Northridge Road
Suite 300
Atlanta, GA 30350
www.immigration.net
ckuck@immigration.net

Phone: (404) 816-8611   Direct Dial: (404) 949-8154   Fax: (404) 816-8615



Follow Us Online For The Latest Immigration News: 

**From:** Charles Kuck
**Sent:** Thursday, September 10, 2020 10:22 AM
**To:** Lyerla, Chris T. (CIV) <Christopher.T.Lyerla@usdoj.gov>; Wen, James J. (CIV) <James.J.Wen@usdoj.gov>; York, Thomas B. (CIV) <Thomas.B.York@usdoj.gov>; Chang, William (USADC) <William.Chang2@usdoj.gov>; Caplen, Robert (USADC) <Robert.Caplen@usdoj.gov>; Kisor, Colin (CIV) <Colin.Kisor@usdoj.gov>; Girdharry, Glenn M (CIV) <Glenn.Girdharry@usdoj.gov>; Goldsmith, Aaron (CIV) <Aaron.Goldsmith@usdoj.gov>; Press, Joshua S. (CIV) <Joshua.Press@usdoj.gov>
**Cc:** Danielle Claffey <dclaffey@immigration.net>; Phil Kuck <PKuck@immigration.net>; Greg Siskind <gsiskind@visalaw.com>; karen.tumlin@justiceactioncenter.org; Jesse Bless <jbless@aila.org>; esther.sung@justiceactioncenter.org; 'Laboni Hoq' <labonihoq@gmail.com>; Welton, Cleland <CWelton@mayerbrown.com>; Rafael Urena <ru@urenaesq.com>; Curtis Morrison <curtis@curtismorrisonlaw.com>; abadir@barrelaw.com
**Subject:** RE: Implementation of Order in Gomez et al.

Dear Defendant's Counsel:

Thank you for having the State Department post information on the Travel.State.Gov website about the actions underway to comply with the Judge's 9/4 Order. We appreciate the initial guidance posted early on Wednesday morning and the more detailed guidance published around 12:55 pm ET on Wednesday afternoon.

We ask that you have the State Department address the following five concerns related to its guidance. Obviously, we would like a response to each of these urgent issue as quickly as possible, and we would also appreciate scheduling a call to discuss these matters as soon as possible. Please let us know your availability this week, anytime.

1. Under the guidance, DV2020 selectees from Schengen and several other countries with separate travel restrictions will not be issued DV2020 visas if they are in those countries for the 14 days prior to visa issuance. This seems to indicate, without directly saying it, that those DV2020 selectees must leave their homes, no later than September 15, to remain in a third country for 14 days, in order to be issued a visa by September 30. We believe this position is contrary to the judge's order because the Proclamation related to the Schengen countries, and those with similar quarantine restrictions, concerns the entry of such individuals and does not prevent issuance of visas for DV2020 applicants. As you know that is the exact issue that Judge Mehta ruled on related to DV Visa Issuance. We request that DOS issue new guidance immediately (so that selectees do not undertake unnecessary expense and time to relocate to third countries) that states visas for DV2020 selectees will be issued to those in the Schengen area and other travel-restricted countries, notwithstanding that competing proclamations regarding the suspension on entry from those countries remains in place.

2. We have a concern over the guidance regarding Medical Exams. We know that the State Department has the discretion to extend the validity of Medical Exams, and is doing so now in the case of K-1 visa issuance for example. In good faith, the State Department should make similar exceptions to ensure that an expiration of a

3

medical exam does not cause the expiration of a Diversity Visa issued on or after September 4, 2020 where the expiration of the medical exam is through no fault of the visa holder. It is also urgent that consulates communicate with DV2020 selectees with an appointment notice, as for many folks who need to obtain a medical exam, or update one, an appointment notice is required. Alternatively, the Defendant could also simply extend the validity of all Medical exams through a specific entry date, for example through January 30, 2021. We believe such action is consistent with current policy and the spirit of the Judge's 9/4 Order. This is true for those who have already been interviewed or rescheduled for interviews, as well as those seeking visa reissuance.

3. We have a concern as it relates to visa reissuance and Defendant's stated inability to reissue visas after the end of the fiscal year. Defendant appears to be relying on the language of 9 FAM 504.10-5(A) (U) for this statement in the announcement. Given the actions of the Defendant in delaying the processing of the visas until this weekend and since at least late March 2020, it would seem that compliance with the Judge's Order will require the Defendant to suspend the operation of this particular provision and reissue visas for DV 2020 selectees until the expiration of Proclamations 10014 & 10052.

4. We received word this morning, from multiple sources, that selectees whose cases are still at the KCC are being told that the KCC is not going to sending any cases to consulates for what it called Level 4 or Level 5 selectees to process their DV applications to adjudication. Obviously, this appears to be directly contrary to the express language of the Judge's Order to process all cases in good faith. We would ask that he KCC immediately reverse course on this policy, if such a policy exists, and send as many cases through to the consulates for interviews, especially for those countries with low numbers of selectees, e.g. Chile, that could easily accommodate all applicants who can documentarily qualify.

5. And, finally, I personally have been contacted by numerous Cubans who are, apparently, locked down in Cuban and cannot leave to Guyana for visa reissuance. There is a US Embassy in Havana that could, if necessary reissue these visas. We would ask that the Defendant make every effort to use all of it resources to comply with the Court's Order, Cuba being just one such example.

Finally, we are concerned that DV Selectees (including Plaintiffs) are being told that consulates or the KCC know nothing about the process they are to follow to process and issue these visas, and apparently, the KCC closed early on Wednesday as a result of a storm. Can you provide more guidance and/or information on what steps are being taken to maximize the resources of the KCC for the issuance of as many Diversity Visas as possible before the end of the fiscal year (about 41,000 remain unissued according to our math)? And, along those same lines can you provide us (and the court), with the number of cases "processed" (by steps, e.g., documentarily qualified, appointment scheduled, applicant interviewed, visa issued, etc) each day, so that we and court can prepare for the hearing on September 25. Given that there are now less than three weeks before the end of the Fiscal year, and it has already been 5 days since the Court's order and we know of only a few people that have been issued their visas. we feel a sense of urgency in knowing where Defendant is from a numerical perspective.

If you would like to be informed of the issues that Plaintiffs and others are having at Consulates around the world in processing their DV cases, we would be happy to provide that to a point person on your side.

4

Thank you for your attention to this email. We await a prompt response.

Very truly yours,

Chuck

Charles H. Kuck
Managing Partner



365 Northridge Road
Suite 300
Atlanta, GA 30350
www.immigration.net
ckuck@immigration.net
Phone: (404) 816-8611    Direct Dial: (404) 949-8154    Fax: (404) 816-8615



Follow Us Online For The Latest Immigration News: 

**From:** Lyerla, Chris T. (CIV) <Christopher.T.Lyerla@usdoj.gov>
**Sent:** Tuesday, September 8, 2020 5:05 PM
**To:** Charles Kuck <CKuck@immigration.net>; Welton, Cleland <CWelton@mayerbrown.com>; Rafael Urena <ru@urenaesq.com>; Curtis Morrison <curtis@curtismorrisonlaw.com>; abadir@barrelaw.com; Danielle Claffey <DClaffey@immigration.net>; Phil Kuck <PKuck@immigration.net>; Greg Siskind <gsiskind@visalaw.com>; karen.tumlin@justiceactioncenter.org; Jesse Bless <jbless@aila.org>; esther.sung@justiceactioncenter.org; 'Laboni Hoq' <labonihoq@gmail.com>
**Cc:** Wen, James J. (CIV) <James.J.Wen@usdoj.gov>; York, Thomas B. (CIV) <Thomas.B.York@usdoj.gov>; Chang, William (USADC) <William.Chang2@usdoj.gov>; Caplen, Robert (USADC) <Robert.Caplen@usdoj.gov>; Kisor, Colin (CIV) <Colin.Kisor@usdoj.gov>; Girdharry, Glenn M (CIV) <Glenn.Girdharry@usdoj.gov>; Goldsmith, Aaron (CIV)

5

<Aaron.Goldsmith@usdoj.gov>; Press, Joshua S. (CIV) <Joshua.Press@usdoj.gov>
**Subject:** Implementation of Order in Gomez et al.

Good afternoon counsel for Plaintiffs in *Gomez*, *Aker*, *Mohammed*, and *Fonjong*,

Please see attached a spreadsheet that identifies named plaintiffs in these four cases whose visa cases are still with the Kentucky Consular Center (KCC). Because of COVID-19 and local factors beyond the State Department's control, we anticipate that some DV applicants will reside in the consular district of a post that is unable to accommodate them. The State Department will have a better chance of accommodating them if it is aware of alternate posts that your clients could go to make their applications.

Therefore, to assist in the most efficient implementation of the Court's September 4th order and ensure the best chance of your clients' visa applications being processed to completion, please find your respective clients on this list and name the **top three rank-ordered alternate posts** where the applicants would like to have their case processed if the consular district in which they reside is unable to accommodate their case. You can enter these three post names under column "F" for each applicant. Feel free to compile your results and send a completed spreadsheet as soon as you can back to this email address, and we will forward to KCC. The sooner this can be done, the greater our chances of accommodating your clients. As a last resort, you can send updated spreadsheets on a rolling basis if you are unable to collect the information in a timely manner.

In selecting preferred alternate posts, please keep in mind the following factors: (1) consistent with 22 CFR 42.61(a), applicants will still need to establish that they will be able to remain in the area for the period of time required to process the application; and (2) the regional-focused Presidential Proclamations related to COVID-19 (PP. 9984, 9992, 9993, 9996 and 10041) remain in effect and are not subject to the court's order. As a result, DV applicants who have been physically present in an affected region during the preceding 14-day period will not be issued an immigrant visa unless excepted under the relevant proclamation or until they have been outside the affected region for 14 days.

Sincerely,
Chris Lyerla

# Phil Kuck

| | |
|---|---|
| **From:** | Charles Kuck |
| **Sent:** | Thursday, September 10, 2020 3:13 PM |
| **To:** | York, Thomas B. (CIV); Lyerla, Chris T. (CIV); Wen, James J. (CIV); Chang, William (USADC); Caplen, Robert (USADC); Kisor, Colin (CIV); Girdharry, Glenn M (CIV); Goldsmith, Aaron (CIV); Press, Joshua S. (CIV) |
| **Cc:** | Danielle Claffey; Phil Kuck; Greg Siskind; karen.tumlin@justiceactioncenter.org; Jesse Bless; esther.sung@justiceactioncenter.org; 'Laboni Hoq'; Welton, Cleland; Rafael Urena; Curtis Morrison; abadir@barrelaw.com |
| **Subject:** | RE: Implementation of Order in Gomez et al. |

FYI, just to give you a taste of one of the problems, I attach this email text:

1

Begin forwarded message:

**From:** "Vienna, Consulate" <ConsulateVienna@state.gov>
**Subject: RE: DV1 visa for Kian Rohani - Judge Mehta Order**
**Date: September 10, 2020 at 1:57:18 PM GMT+2**
**To:** Kian Rohani <kian@rohani.at>

Dear Mr. Rohani,
Thank your for your email.
On September 4, 2020, the U.S. District Court for the District of Columbia in Gomez vs. Trump enjoined the Department from suspending processing of, or denying, diversity visas under Presidential Proclamation 10014 (PP 10014) and ordered the Department to make good-faith efforts to expeditiously process and adjudicate DV-2020 diversity visa applications by September 30, 2020.
On April 25, 2020, the Department sent guidance on the suspension of entry for certain immigrants per Presidential Proclamation 10014 and additional guidance on July 8, 2020, on the phased resumption of routine visa services. ==DV applicants subject to any of the five geographical COVID-19 Proclamations (P.P. 9984, 9992, 9993, 9996, and 10041) still must be considered mission critical and, therefore, their cases should be adjudicated, **but absent an exception under the P.P. they may not be issued DV visas if the applicant has been physically present in a geographic area covered by one of the COVID-19 proclamations.**==

==Because DV cases must be treated as mission critical, the cases of DV applicants subject to any of the proclamations suspending entry of aliens present in areas of particular concern due to COVID-19 (China, Iran, Brazil, UK, Ireland, or the Schengen Area), should be processed, **but their applications generally should be denied under the relevant guidance for these Presidential Proclamation (PPs 9984, 9993, 9996, or 10041).** Applicants who are subject to one of the regional COVID Proclamations but wish to transfer to a post outside of the affected area, may only do so if the interview can be scheduled 14 days after the individual departed; or they will generally also be denied under the regional Proclamation.==

Unfortunately, as long as Presidential Proclamation 9993 remains in effect we are prohibited from issuing visas within the Schengen area that do not overcome the President's ban on travel. While some Embassies and Consulates outside of Schengen are now able to issue DV visas, those within the Schengen area may not.
The text of the Proclamation can be found here: https://www.whitehouse.gov/presidential-actions/proclamation-suspension-entry-immigrants-nonimmigrants-certain-additional-persons-pose-risk-transmitting-2019-novel-coronavirus/.

We contacted the Consulate in Sofia, but that office only accepts DV cases of Bulgarian citizens and permanent residents of Bulgaria.
You may try to contact any other Consulate outside of the Schengen area and inquire about a transfer of your DV case.
Please do not take your medical examination on Monday as we are not able to issue your DV visa by 30 September.

2

Charles H. Kuck
Managing Partner



365 Northridge Road
Suite 300
Atlanta, GA 30350
www.immigration.net
ckuck@immigration.net
Phone: (404) 816-8611    Direct Dial: (404) 949-8154    Fax: (404) 816-8615



Follow Us Online For The Latest Immigration News: 

**From:** York, Thomas B. (CIV) <Thomas.B.York@usdoj.gov>
**Sent:** Thursday, September 10, 2020 2:59 PM
**To:** Charles Kuck <CKuck@immigration.net>; Lyerla, Chris T. (CIV) <Christopher.T.Lyerla@usdoj.gov>; Wen, James J. (CIV) <James.J.Wen@usdoj.gov>; Chang, William (USADC) <William.Chang2@usdoj.gov>; Caplen, Robert (USADC) <Robert.Caplen@usdoj.gov>; Kisor, Colin (CIV) <Colin.Kisor@usdoj.gov>; Girdharry, Glenn M (CIV) <Glenn.Girdharry@usdoj.gov>; Goldsmith, Aaron (CIV) <Aaron.Goldsmith@usdoj.gov>; Press, Joshua S. (CIV) <Joshua.Press@usdoj.gov>
**Cc:** Danielle Claffey <DClaffey@immigration.net>; Phil Kuck <PKuck@immigration.net>; Greg Siskind <gsiskind@visalaw.com>; karen.tumlin@justiceactioncenter.org; Jesse Bless <jbless@aila.org>; esther.sung@justiceactioncenter.org; 'Laboni Hoq' <labonihoq@gmail.com>; Welton, Cleland <CWelton@mayerbrown.com>; Rafael Urena <ru@urenaesq.com>; Curtis Morrison <curtis@curtismorrisonlaw.com>; abadir@barrelaw.com
**Subject:** RE: Implementation of Order in Gomez et al.

Hi Charles—

We have forwarded your inquiry to State Department, and we will get back to you asap.

**Benton York**

Trial Attorney
U.S. Department of Justice Civil Division, OIL-DCS
(202) 598-6073

3

**From:** Lyerla, Chris T. (CIV) <Christopher.T.Lyerla@usdoj.gov>
**Sent:** Tuesday, September 8, 2020 5:53:20 PM
**To:** Charles Kuck <CKuck@immigration.net>
**Cc:** Girdharry, Glenn M (CIV) <Glenn.Girdharry@usdoj.gov>; Goldsmith, Aaron (CIV) <Aaron.Goldsmith@usdoj.gov>; Press, Joshua S. (CIV) <Joshua.Press@usdoj.gov>; Wen, James J. (CIV) <James.J.Wen@usdoj.gov>; York, Thomas B. (CIV) <Thomas.B.York@usdoj.gov>
**Subject:** RE: Implementation of Order in Gomez et al.

Hi Charles,

I have forwarded your inquiry to the State Department.

Thanks,
Chris Lyerla

**Christopher Lyerla | Trial Attorney**
United States Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Washington, DC 20044
T: 202-598-6499
christopher.t.lyerla@usdoj.gov

**From:** Charles Kuck <CKuck@immigration.net>
**Sent:** Tuesday, September 8, 2020 5:08 PM
**To:** Lyerla, Chris T. (CIV) <clyerla@CIV.USDOJ.GOV>
**Subject:** RE: Implementation of Order in Gomez et al.

Thank you for reaching out so proactively. I greatly appreciate it. One question, can you tell me for non-Plaintiffs, what efforts are being made to rescheduled appts/issue visas?

Charles H. Kuck
Managing Partner



365 Northridge Road
Suite 300
Atlanta, GA 30350
www.immigration.net
ckuck@immigration.net
Phone: (404) 816-8611   Direct Dial: (404) 949-8154   Fax: (404) 816-8615



Follow Us Online For The Latest Immigration News: