## DECLARATION OF BRENDA L. GREWE

I, Brenda L. Grewe, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am employed by the U.S. Department of State as the Director of the Office of Domestic Operations of the Visa Office, Bureau of Consular Affairs. The Office of Domestic Operations manages the Visa Office's domestic processing activities, including the Kentucky Consular Center and the Immigrant Visa Control and Reporting division, which is responsible for official visa statistics and directs the allocation of visa numbers.

2. In that capacity, I have knowledge regarding the Department of State's statistics and data regarding implementation of the U.S. District Court's Memorandum Opinion and Order dated September 4, 2020 and the Amended Order dated September 14, 2020 (collectively, the "PI Order") in *Gomez v. Trump*, Case No. 20-cv-1907 (APM). Specifically, I have knowledge regarding the number of visa applications issued and refused.

3. From October 1, 2019 through September 4, 2020, the Department of State issued 11,632 diversity immigrant visas as part of the 2020 Diversity Visa Program.

4. From September 5, 2020, through September 19, 2020, the Department of State issued 1,009 diversity immigrant visas as part of the 2020 Diversity Visa Program.

5. From October 1, 2019, through September 19, 2020, the Department of State interviewed and adjudicated 17,734 diversity immigrant visa selectees.

6. From October 1, 2018, through September 30, 2019, the Department issued 44,882 diversity immigrant visas, 20,858 first family preference (F-1) immigrant visas, 63,890 second family preference (F-2A) immigrant visas, 58,984 immediate relative immigrant visas for spouses (IR-1), and 32,283 immediate relative immigrant visas for children (IR-2).

7. From October 1, 2018, through March 20, 2019, the Department issued 12,897 diversity immigrant visas, 10,711 first family preference (F-1) immigrant visas, 35,991 second family preference (F-2A) immigrant visas, 27,988 immediate relative immigrant visas for spouses (IR-1), and 16,633 immediate relative immigrant visas for children (IR-2).

8. From October 1, 2019, through September 19, 2020, the Department issued 12,641 diversity immigrant visas, 7,530 first family preference (F-1) immigrant visas, 26,155 second family preference (F-2A) immigrant visas, 37,054 immediate relative immigrant visas for spouses (IR-1), and 18,400 immediate relative immigrant visas for children (IR-2).

9. From October 1, 2019, through March 20, 2020, the Department issued 11,023 diversity immigrant visas, 7,426 first family preference (F-1) immigrant visas, 25,639 second family preference (F-2A) immigrant visas, 30,434 immediate relative immigrant visas for spouses (IR-1), and 14,667 immediate relative immigrant visas for children (IR-2).

10. From September 5, 2020, through September 19, 2020, the Department issued 22 first family preference (F-1) immigrant visas, 44 second family preference (F-2A) immigrant visas, 1,142 immediate relative immigrant visas for spouses (IR-1), and 636 immediate relative immigrant visas for children (IR-2).

11. Total issuances in other numerically limited family-sponsored visa categories will also fall short of the FY 2020 annual limit. For example, consular officers issued 7,530 first family preference visas, which are reserved for the unmarried adult children of U.S. citizens, between October 1, 2019 and September 19, 2020. Based on the number of F-1 immigrant visas currently scheduled until September 30, 2020, I estimate that the Department of State will issue approximately 7,555 F-1 immigrant visas for Fiscal Year 2020. The total number of first family preference visas available per year is 23,400. Thus, the estimated total visa issuance to this category of unmarried sons and daughters of U.S. citizens would be 32.3 percent of this year's F-1 annual limit. By comparison in Fiscal Year 2019, consular officers issued 20,858 visas, or 89.1 percent of the F-1 annual limit.

12. Based on the number of F-2A immigrant visas currently scheduled until September 30, 2020, I estimate that the Department of State will use 26,180 of the F-2A immigrant visas available for Fiscal Year 2020. The total number of second family preference (F-2A) visas available per year is 87,934. Thus, the estimated total visa issuance to this preference category would be 29.8 percent of the annual limit. By comparison in Fiscal Year 2019, consular officers issued 63,890 out of the 87,934 annual limit, or 72.7 percent.

I declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

September 21, 2020

*Brenda L. Grewe*
Brenda L. Grewe, Director
Office of Domestic Operations, Visa Office
Bureau of Consular Affairs
United States Department of State