# DECLARATION OF PELIN KOROGLU

I, **Pelin Koroglu,** make the following statement under the penalty of perjury:

1. My name is Pelin, I am from Turkey, and I was selected for the DV-2020 Program. I do not have any derivatives. I was one of the plaintiffs in the Aker/Fonjong/Mohammed/Gomez cases. Still, I didn't get interview e-mail, and my status is at NVC.

2. The first day I have learnt that I won the lottery, I was super happy. Because living in the USA is my childhood dream. And, I felt that I am very close to this dream. After that moment, I started to change all my life according to this dream.

3. I began preparing for our travel by selling my father's house. I changed all the money from Turkish liras to Dollars. Because of this exchange, I lost the sum of money. I bought luggage, many stuff to use in USA. And, also I didn't enter any exams to be able to research assistant in Turkey and now, there are no more jobs to be. I had submitted my documents and was waiting for my interview when the program was suspended. My confirmation mail was came on June 17t, 2020. Before learning it, I was planning to go to Wisconsin University with exchange programme. But, during the application time, I learnt I am the winner of DV-2020 and I cancelled it to be able to finish my master degree earlier. Moreover, I went to Italy for the only first semester to finish my thesis as soon as possible, because I was writing a thesis about the buildings in Italy. And, when I finished my analysis in there, I came back to Turkey to prepare for USA. In fact, I could have stayed in Italy and maybe have started for my PhD degree. But now, it is very difficult to do it, difficult to make a life in there. Because of this ban about DV-2020, I am very disappointed in many ways.

4. I have called KCC several times. Also, my friends who live in USA called for me to ask my situation. But, I didn't get any straight information. In addition, I sent many e-mails to KCC and USA embassy in Ankara, but I got only auto-reply e-mails.

I declare **under penalty of perjury** of the laws of the District of Columbia and the United States that the foregoing is true and correct.

*Pelin Köroğlu*

Pelin Koroglu                                                                  2020EU00031750

Executed this 16th day of September 2020, in ANKARA