IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOMINGO ARREGUIN GOMEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States of America, et al., <br> Defendants. | Civil Action No. 1:20-cv-01419 |

## NOTICE OF APPEAL

Notice is hereby given that plaintiffs Nazif Alam, Carmen Ligia Vidal Pimentel, Juan Carlos Rosario Lebron, Daniel Chibundu Nwankwo, Claudio Alejandro Sarniguet Jiménez, Angela Sinon, Loida Phelps, Nancy Abarca, 3Q Digital, ASSE International, Inc., EurAuPair International, Inc., SEIU Committee of Interns and Residents, Shipco Transport, Inc., and Superior Scape, Inc. (together, the "Non-DV Plaintiffs"), and Fatma Bushati, Jodi Lynn Karpes, Shyam Sundar Koirala, Aja Tamamu Mariama Kinteh, Iwundu Épouse Kouadio Ijeoma Golden, and Aya Nakamura hereby appeal to the U.S. Court of Appeals for the D.C. Circuit from the order entered in this action on September 4, 2020 (ECF 123), to the extent that the order (i) denied Plaintiffs' request to preliminarily enjoin Defendants from implementing or enforcing Presidential Proclamations 10014 and 10052, and (ii) denied Plaintiffs' request to preliminarily enjoin the State Department's No-Visa Policy (as defined in the order, ECF 123, at 14) as applied to the Non-DV Plaintiffs and the beneficiaries of their visa petitions.

Plaintiffs respectfully request expedited consideration of their appeal under 28 U.S.C. § 1657(a) because it relates to the denial of preliminary injunctive relief.

1

738272036.1

Dated: September 24, 2020

Jesse M. Bless (D.D.C. Bar No. MA0020)
AMERICAN IMMIGRATION LAWYERS ASSOCIATION
1301 G Street NW, Ste. 300
Washington, D.C. 20005
(781) 704-3897
jbless@aila.org

Karen C. Tumlin (*pro hac vice*)
Esther H. Sung (*pro hac vice*)
JUSTICE ACTION CENTER
P.O. Box 27280
Los Angeles, CA 90027
Telephone: (323) 316-0944
karen.tumlin@justiceactioncenter.org
esther.sung@justiceactioncenter.org

Stephen Manning (*pro hac vice*)
Nadia Dahab (*pro hac vice*)
Tess Hellgren (*pro hac vice*)
Jordan Cunnings (*pro hac vice*)
INNOVATION LAW LAB
333 SW Fifth Avenue #200
Portland, OR 97204
Telephone: (503) 241-0035
stephen@innovationlawlab.org
nadia@innovationlawlab.org
tess@innovationlawlab.org
jordan@innovationlawlab.org

Respectfully Submitted,

By: */s/ Andrew J. Pincus*

Andrew J. Pincus (D.D.C. Bar No. 370762)
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006
Telephone: (202) 263-3000
apincus@mayerbrown.com

Matthew D. Ingber (*pro hac vice*)
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 506-2500
mingber@mayerbrown.com

Cleland B. Welton II (*pro hac vice*)
MAYER BROWN MEXICO, S.C.
Goldsmith 53, Polanco
Ciudad de Mexico 11560
Telephone: (502) 314-8253
cwelton@mayerbrown.com

Laboni A. Hoq (*pro hac vice*)
LAW OFFICE OF LABONI A. HOQ
Justice Action Center Cooperating Attorney
P.O. Box 753
South Pasadena, CA 91030
laboni@hoqlaw.com