**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DOMINGO ARREGUIN GOMEZ, *et al.*, <br>       Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States of America, *et al.*, <br><br>       Defendants. | Civil Action No. 20-1419 (APM) |
| MOHAMMED ABDULAZIZ ABDULBAGI MOHAMMED, *et al.*, <br><br>       Plaintiffs, <br><br> v. <br><br> MICHAEL R. POMPEO, Secretary, U.S. Department of State, *et al.*, <br><br>       Defendants. | Civil Action No. 20-1856 (APM) |
| CLAUDINE NGUM FONJONG, *et al.*, <br><br>       Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States of America, *et al.*, <br><br>       Defendants. | Civil Action No. 20-2128 (APM) |

|  |  |
|---|---|
| AFSIN AKER, *et al.*,                                    )<br>                                                                )<br>           Plaintiffs,                                         )<br>                                                                )<br>      v.                                                        )<br>                                                                )<br> DONALD J. TRUMP, President of the United  )<br> States of America, *et al.*,                              )<br>                                                                )<br>           Defendants.                                      )<br>                                                                ) | Civil Action No. 20-1926 (APM) |

## JOINT MOTION FOR ENLARGEMENT OF TIME
## TO PRESENT JOINT BRIEFING SCHEDULE

The parties respectfully submit this joint motion to request an enlargement of time to present a joint proposed briefing schedule to this Court. In this Court's Order granting in part and denying in part Plaintiffs' motions for a preliminary injunction in these consolidated cases, ECF No. 123 (the "PI Order"), this Court directed the Parties to "meet and confer and, by September 25, 2020, file a Joint Status Report proposing a briefing schedule for the court's resolution of the merits." *See* ECF No. 123 at 85.

Currently, the Parties are focused on matters surrounding the implementation of this Court's PI Order and are litigating whether further equitable relief is available to the DV plaintiffs. The Parties respectfully request an extension in producing a joint proposed briefing schedule—which would require time to meet and confer and come to a final agreement—until after September 30, 2020.

WHEREFORE, the Parties jointly ask that the Court grant the requested relief and enter an order extending the due date for a joint proposed briefing schedule to October 7, 2020. A proposed order accompanies this motion.

September 24, 2020

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation, District Court Section
COLIN A. KISOR
Deputy Director
GLENN GIRDHARRY
Assistant Director
CHRISTOPHER LYERLA
JAMES J. WEN
BENTON YORK

*/s/ Christopher Lyerla*
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
Washington, D.C. 20044
(202) 598-3967
Christopher.T.Lyerla@usdoj.gov

Attorneys for Defendants

Respectfully submitted,

/s/ Andrew J. Pincus
Andrew J. Pincus (D.D.C. Bar No. 370762)
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006
Telephone: (202) 263-3000
apincus@mayerbrown.com

Matthew D. Ingber (*pro hac vice*)
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020

Cleland B. Welton II (*pro hac vice*)
MAYER BROWN MEXICO, S.C.
Goldsmith 53, Polanco
Ciudad de Mexico, 11560

Jesse M. Bless (D.D.C. Bar No. MA0020)
AMERICAN IMMIGRATION LAWYERS ASSOCIATION
1301 G Street NW, Ste. 300
Washington, D.C. 20005

Karen C. Tumlin (*pro hac vice*)
Esther H. Sung (*pro hac vice*)
JUSTICE ACTION CENTER
P.O. Box 27280
Los Angeles, CA 90027

Stephen Manning (*pro hac vice*)
Nadia Dahab (*pro hac vice*)
Tess Hellgren (*pro hac vice*)
Jordan Cunnings (pro hac vice)
INNOVATION LAW LAB
333 SW Fifth Avenue #200
Portland, OR 97204

Laboni A. Hoq (*pro hac vice*)
LAW OFFICE OF LABONI A. HOQ
Justice Action Center Cooperating Attorney
P.O. Box 753
South Pasadena, CA 91030
labonihoq@gmail.com

/s/Charles H. Kuck
CHARLES H. KUCK
Kuck Baxter Immigration, LLC
Bar No. 429940
365 Northridge Rd, Suite 300
Atlanta, GA 30350
404.816.8611

Greg Siskind
Siskind Susser PC
1028 Oakhaven Rd.
Memphis, TN 39118

Jeff D. Joseph
Joseph & Hall P.C.
12203 East Second Avenue
Aurora, CO 80011

/s/ Rafael Urena
Rafael Urena
Curtis Lee Morrison
Abadir Barre
The Law Office of Rafael Urena
925 N. La Brea Ave, 4th Floor
Los Angeles, CA 90038
Tel: (703) 929-4424
Fax: (929) 286-9584
curtis@curtismorrisonlaw.com
ru@urenaesq.com
abadir@barrelaw.com
Attorneys for the Plaintiffs

*Counsel for Plaintiffs*