UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOMINGO ARREGUIN GOMEZ, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, President of the United States of America, *et al.*,<br><br>    Defendants. | Civil Action No. 20-1419 (APM) |
| MOHAMMED ABDULAZIZ ABDULBAGI MOHAMMED, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICHAEL R. POMPEO, Secretary, U.S. Department of State, *et al.*,<br><br>    Defendants. | Civil Action No. 20-1856 (APM) |
| CLAUDINE NGUM FONJONG, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, President of the United States of America, *et al.*,<br><br>    Defendants. | Civil Action No. 20-2128 (APM) |

|   |   |   |
|---|---|---|
| AFSIN AKER, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 20-1926 (APM) |
| DONALD J. TRUMP, President of the United States of America, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## **ORDER**

Upon consideration of the Parties' Join Motion for Enlargement of Time and for the reasons articulated therein, it is, this \_\_\_\_ day of _____, 2020, hereby

ORDERED that the motion is granted; and it is further

ORDERED that the Parties shall submit a joint proposed briefing schedule by October 7, 2020.