# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DOMINGO ARREGUIN GOMEZ, et al.,** | ) |
| | ) **DEFENDANTS' SUPPLEMENTAL** |
| **Plaintiffs,** | ) **REPORT ON GOOD FAITH** |
| | ) **EFFORTS TO IMPLEMENT THE** |
| **v.** | ) **PRELIMINARY INJUNCTION.** |
| | ) |
| **DONALD J. TRUMP, et al.,** | ) Case No. 20-cv-01419 (APM) |
| | ) |
| **Defendants.** | ) |
| | ) |
| | ) |
| **MOHAMMED ABDULAZIZ ABDUL MOHAMMED, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) Case No. 20-cv-01856 (APM) |
| **v.** | ) |
| | ) |
| **MICHAEL R. POMPEO, et al.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |
| **AFSIN AKER, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) Case No. 20-CV-01926 (APM) |
| | ) |
| **DONALD J. TRUMP, et al.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

| | |
|---|---|
| **CLAUDINE NGUM FONJONG, et al.,**<br><br>**Plaintiffs,**<br>v.<br><br>**DONALD J. TRUMP, et al.,**<br><br>**Defendants.** | Case No. 20-cv-02128 (APM) |
| **CHANDAN PANDA, et al.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**CHAD F. WOLF, et al.,**<br><br>**Defendants.** | Case No. 20-cv-01907 (APM) |

At a telephonic status conference on September 22, 2020, this Court ordered Defendants to provide an update in connection to Defendants' report regarding the State Department's good faith efforts to implement the preliminary injunction (ECF No. 136). *See* Minute Order, September 22, 2020. Accordingly, the Government hereby reports updated figures (as of September 24, 2020) for: (1) the number of cases associated with named DV-2020 Plaintiffs in which diversity visas were issued; (2) the status of processing of the named DV-2020 Plaintiffs' applications who have not yet received visas; and (3) the number of unprocessed DV-2020 visa applications and unused diversity visas remaining for Fiscal Year 2020.

*Named DV-2020 Plaintiffs Who Have Received Diversity Visas*. As of September 24, 2020, consular officers had approved issuance for 523 diversity visas to the principal applicants

and derivative applicants in the cases associated with named Plaintiffs. Declaration of Laura Chamberlin, ("Chamberlin Decl.") ¶ 4.  From September 5, 2020 through September 24, 2020, the Department of State issued a total of 3,208 diversity visas, Declaration of Brenda L. Grewe ("Grewe Decl.") ¶ 5, which includes the 523 diversity visas referenced above.

*Status of processing of the named DV-2020 Plaintiffs' applications who have not yet received visas*. The Department determined that the named plaintiffs total 974 individual applicants including principal applicants and derivative applicants. *See* Chamberlain Decl. ¶ 3. As of September 24, consular officers had approved visa issuance to 523 of the 974 applicants, *see* Chamberlain Decl. ¶ 4, refused visas to 149 of these applicants pursuant to Section 221(g) of the INA, and refused 73 of these applicants on other grounds. *Id.* ¶ 5. None of those refusals was under Presidential Proclamation 10014 or under the COVID-19 Regional Proclamations (9984, 9992, 9993, 9996, and 10041). *Id.* As of September 24, 164 applicants had been scheduled but not yet interviewed. *Id.* ¶ 6. One additional applicant had been scheduled to be interviewed but is unable to reach the selected post. *Id.* As of September 24, 39 individuals were "no shows," which means that they did not appear for their scheduled interview. *Id.* ¶¶ 7.

*Number of unprocessed DV-2020 visa applications and unused diversity visas remaining for Fiscal Year 2020*. The Department reports that the total number of diversity immigrant visas issued so far during Fiscal Year 2020 (from October 1, 2019 through September 24) is 14,636 of the 55,000 diversity visas allocated for Fiscal Year 2020, or roughly 28 percent.  *See* Grewe Decl. ¶¶ 6. During this same time period, U.S. Citizenship and Immigration Services has used 765 diversity visa numbers. *Id.* ¶6. These figures total 15,401 diversity visa numbers used so far in Fiscal Year 2020, or roughly 28 percent of the total allotment. *Id.*

September 25, 2020

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General, Civil Division

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation, District Court Section

COLIN A. KISOR
Deputy Director

GLENN M. GIRDHARRY
Assistant Director

*/s/ Christopher Lyerla*

Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
Washington, D.C. 20044
(202) 598-3967
Christopher.T.Lyerla@usdoj.gov


*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2020, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

                                                */s/ Christopher Lyerla*
                                                Trial Attorney