## DECLARATION OF LAURA CHAMBERLIN

I, Laura Chamberlin, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am employed by the U.S. Department of State as a Division Chief in the Education and Tourism Division, Office of Field Operations of the Visa Office, Bureau of Consular Affairs. The Field Operations Office supports and monitors visa operations at embassies and consulates around the world (commonly referred to as "posts"), provides updated guidance to our posts regarding changes in visa policy, and oversees the Visa Office's web unit, which maintains visa-related content on CA's public-facing website, travel.state.gov.

2. In that capacity, I have knowledge regarding the State Department's actions to implement the U.S. District Court's Memorandum Opinion and Order dated September 4, 2020 and the Amended Order dated September 14, 2020 (collectively, the "PI Order") in *Gomez v. Trump*, Case No. 20-cv-1419 (APM).

3. The Department compiled a spreadsheet on September 25 that lists the interview and adjudication status of all cases associated with named plaintiffs, including principal applicants and derivative applicants, which totals 974 individual applicants. As visa processing is happening at all hours of the day around the world, we cannot get a "clean" count as case statuses are always changing. However, in general, the information reflects the status of these cases as of close of business local time at the visa processing post.

4. As of September 24, consular officers had approved visa issuance to 523 of these applicants.

5. As of September 24, consular officers had refused visas to 149 of these applicants pursuant to Section 221(g) of the INA and refused 73 of these applicants on other grounds. None of those refusals was under Presidential Proclamation 10014 or under the COVID-19 Regional Proclamations (9984, 9992, 9993, 9996, and 10041).

6. As of September 24, 164 of these applicants had been scheduled but not yet interviewed. One additional applicant had been scheduled to be interviewed but is unable to reach the selected post.

7. As of September 24, 39 individuals were "no shows," which means that they did not appear for their scheduled interview. These individuals should contact the embassy or consulate immediately with their availability (date and location) for interview.

I declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

September 25, 2020

      /s/  Laura Chamberlin
Laura Chamberlin, Division Chief
Education and Tourism Division

Office of Field Operations, Visa Office
Bureau of Consular Affairs
United States Department of State