# Exhibit 1

 (http://www.state.gov)

**U.S. Department of State**
Bureau of Consular Affairs
eDV ESC: 5.5

🖶 Print | ❓ Help (./Help.aspx) | 🏠 ESC Home (./Default.aspx)



**United States Department of State**
*Kentucky Consular Center*
*3505 North Highway 25W*
*Williamsburg, KY 40769*
*U.S.A*

September 21, 2020

RAFAEL URENA
THE LAW OFFICE OF RAFEAL URENA
925 N LA BREA AVE
4TH FLOOR
LOS ANGELES, CA 90038

Dear DV Applicant,

This is the official notice for you to pursue your application for a DV-2020 visa. An appointment has been scheduled for you at the U.S. Embassy or Consulate stated below. You and all members of your family who wish to apply for a Diversity Visa must appear at the appointed date and time for your interview. Please notify the office listed if you cannot keep the appointment.

You and any eligible family members will be required to submit sufficient proof of identity upon arrival. If you fail to obtain a DV-2020 visa by September 30, 2020, your registration will expire. Your family members must also obtain their visas prior to September 30, 2020, or they will not be permitted to join you in the United States under the DV-2020 program.

Please follow all of the instructions provided at http://dvselectee.state.gov (http://dvselectee.state.gov) to prepare for your interview. It is very important that you follow the instructions carefully and completely. The Diversity Program Fee for each applicant and each member of the family must be paid in full at the Consulate or Embassy at the time of your interview. There is only one fee and you should only make a payment at the Embassy or Consulate when instructed to do so at the time of your interview. The fee is non-refundable, even if the visa is refused for any reason.

Interview Appointment

YAOUNDE
EMBASSY OF THE UNITED STATES
VISA UNIT
RUE NACHTIGAL
B P 817
YAOUNDE
CAMEROON
237-23-40-14

September 22, 2020 08:00 AM

The Kentucky Consular Center has completed the processing of your case and forwarded it to the interviewing office. Further inquiries should be addressed to the interviewing office. When communicating with the Embassy/Consulate, always refer to your name and case number exactly as they appear below. Contact information for the consular section in YAOUNDE can be found on usembassy.gov.

Case Number:      2020AS00015870
Principal Applicant Name:    YOUSOFI, RAMIN
Preference Category:     DV DIVERSITY
Foreign State Chargeability:   AFGHANISTAN

Case Number:    2020AS00015870
Applicant Name: RAMIN YOUSOFI
                SADAF YOUSOFI
Beneficiaries:    MOHAMMAD YOUSOF YOUSOFI
                YOUSRA YOUSOFI

Guide for New Immigrants: https://www.uscis.gov/tools/green-card-resources/welcome-united-states (https://www.uscis.gov/tools/green-card-resources/welcome-united-states)

---

**PAPERWORK REDUCTION ACT:** Public reporting burden for this collection of information is estimated to average 30 minutes per response, including time required for searching existing data sources, gathering the necessary documentation, providing the information and/or documents required, and reviewing the final collection. You do not have to supply this information unless this collection displays a currently valid OMB control number. If you have comments on the accuracy of this burden estimate and/or recommendations for reducing it, please send them to: PRA_BurdenComments@state.gov.

**CONFIDENTIALITY STATEMENT:** INA Section 222(f) provides that visa issuance and refusal records shall be confidential and shall be used only for the formulation, amendment, administration, or enforcement of the immigration, nationality, and other laws of the United States. Certified copies of visa records may be made available to a court which certifies that the information contained in such records is needed in a case pending before the court.

**PRIVACY POLICY:** For information on the Department of State's privacy policy, regarding the nature, purpose, use, and sharing of any Personally Identifiable Information (PII) collected via this website please click here (https://www.state.gov/privacy-policy).

---

 (http://www.usa.gov)

🌐 travel.state.gov (http://travel.state.gov)    🏠 ESC Home (./Default.aspx)

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.