UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DOMINGO ARREGUIN GOMEZ, et al.,** ) | |
| ) | **DEFENDANTS' SUPPLEMENTAL** |
| **Plaintiffs,** ) | **REPORT ON GOOD FAITH** |
| ) | **EFFORTS TO IMPLEMENT THE** |
| **v.** ) | **PRELIMINARY INJUNCTION** |
| ) | |
| **DONALD J. TRUMP, et al.,** ) | Case No. 20-cv-01419 (APM) |
| ) | |
| **Defendants.** ) | |
| ) | |
| ) | |
| **MOHAMMED ABDULAZIZ** ) | |
| **ABDUL MOHAMMED, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | Case No. 20-cv-01856 (APM) |
| **v.** ) | |
| ) | |
| **MICHAEL R. POMPEO, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| **AFSIN AKER, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | Case No. 20-CV-01926 (APM) |
| ) | |
| **DONALD J. TRUMP, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| ) | |

| | |
|---|---|
| **CLAUDINE NGUM FONJONG, et al.,**<br><br>**Plaintiffs,**<br>**v.**<br><br>**DONALD J. TRUMP, et al.,**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)   Case No. 20-cv-02128 (APM)<br>)<br>)<br>)<br>)<br>)<br>) |
| **CHANDAN PANDA, et al.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**CHAD F. WOLF, et al.,**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)   Case No. 20-cv-01907 (APM)<br>)<br>)<br>)<br>)<br>) |

At a telephonic hearing regarding the Court's authority to grant equitable relief on September 28, 2020, this Court ordered Defendants to provide an update in connection to Defendants' report regarding the State Department's good faith efforts to implement the preliminary injunction (ECF No. 136). *See* Minute Order, September 28, 2020. Specifically, the Court ordered Defendants to provide data for the issuances of IR-1 and IR-2 immigrant visas for Fiscal Years 2019 and 2020 ("FY2019" and "FY2020" respectively), including projections for the remainder of FY2020, similar to the data provided by Defendants for F-1 and F2A visas in its original report regarding the State Department's good faith efforts to implement the preliminary injunction. *See* ECF No. 136 at 7-8. Accordingly, the Government hereby reports this data.

In FY2019, the Department issued a total of 59,011 immediate relative visas to the spouses of U.S. citizens (IR-1 visas) and 32,407 immediate relative visas to the children of U.S. citizens (IR-2 visas). Declaration of Charles Oppenheim, ("Oppenheim Decl.") ¶ 3. In comparison, including projections from September 28 - September 30, in FY2020, the Department expects to issue a total of up to 38,278 IR-1 visas and up to 19,022 IR-2 visas. *Id*. ¶ 4. This represents a decrease of 35.13 percent in IR-1 visas and a decrease of 41.3 percent in IR-2 visas in FY2020 as compared to the previous fiscal year.

To demonstrate the specific impacts of COVID-19 on the Department's operations, these statistics are further broken down for both FY2019 and 2020 for the period from October 1, the beginning of the fiscal year, to March 20, when the Department in 2020 suspended routine visas services worldwide in response to the COVID-19 pandemic, and the period from March 21 to the end of the fiscal year. These statistics show that from October 1, 2019, to March 20, 2020, the Department issued 30,938 IR-1 visas and 15,070 IR-2 visas, an increase of 10.18 percent and a decrease of 9.98 percent respectively, from the same period the previous year. *Id*. ¶ 6. In contrast, from March 21, 2020, to September 30, 2020, including actual issuance data through September 27 and State's best estimates of maximum visa issuance through September 28 through September 30, the Department expects to issue up to 7,426 IR-1 visas and 4,168 IR-2 visas, a decrease of 76.06 and 73.58 percent from the same period during the prior fiscal year. *Id*. ¶ 8.

Furthermore, the Department has provided statistics on IR visa issuances from the beginning of the phased resumption of routine visa services worldwide on July 15, 2020 to the end of FY2020. These statistics show that from July 15, 2020 to September 30, 2020, the Department expects to issue a total of 5,476 IR-1 visas and 3,019 IR-2 visas, a decrease of 54.43 and 49.54 percent from the same period during the prior fiscal year. *Id*. ¶ 12.

September 29, 2020                                    JEFFREY BOSSERT CLARK
Acting Assistant Attorney General, Civil Division

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation, District Court Section

COLIN A. KISOR
Deputy Director

GLENN M. GIRDHARRY
Assistant Director

*/s/ Christopher Lyerla*

Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
Washington, D.C. 20044
(202) 598-3967
Christopher.T.Lyerla@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 29, 2020, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

                                                   */s/ Christopher Lyerla*
                                                   Trial Attorney