**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DOMINGO ARREGUIN GOMEZ, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 20-1419 (APM) |
| | ) |
| DONALD J. TRUMP, *et al.*, | ) |
| | ) |
| Defendants. | ) |

| | |
|---|---|
| MOHAMMED ABDULAZIZ ABDUL MOHAMMED, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 20-1856 (APM) |
| | ) |
| MICHAEL R. POMPEO, *et al.*, | ) |
| | ) |
| Defendants. | ) |

| | |
|---|---|
| AFSIN AKER, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 20-1926 (APM) |
| | ) |
| DONALD J. TRUMP, *et al.*, | ) |
| | ) |
| Defendants. | ) |



CLAUDINE NGUM FONJONG, *et al*.,                )
                                                )
            Plaintiffs,                         )
                                                )
      v.                                        )        Civil Action No. 20-2128 (APM)
                                                )
DONALD J. TRUMP, *et al.*,                      )
                                                )
            Defendants.                         )
                                                )

MORAA ASNATH KENNEDY, *et al*.,                 )
                                                )
            Plaintiffs,                         )
                                                )
      v.                                        )        Civil Action No. 20-2639 (APM)
                                                )
DONALD J. TRUMP, *et al.*,                      )
                                                )
            Defendants.                         )
                                                )
                                                )

## CONSENT MOTION TO VACATE THE COURT'S
## SEPTEMBER 14, 2020, SCHEDULING ORDER

Defendants in *Gomez v. Trump*, by and through undersigned counsel, respectively move to vacate the Court's September 14, 2020, Scheduling Order setting a deadline of October 16, 2020, for Defendants to respond to the *Gomez* Plaintiffs' Second Amended Complaint and extending Plaintiffs' deadline to respond to any motion to dismiss.  *See* ECF No. 130.  The parties have conferred, and the *Gomez* Plaintiffs consent to the relief requested herein.

This request is made out of an abundance of caution and for the purpose of avoiding confusion that may arise from activities in these consolidated proceedings that postdate the Court's order.  On October 8, 2020, the *Gomez* Defendants moved to stay these proceedings pending

appeal.   *See* ECF No. 153.   Alternatively, the *Gomez* Defendants presented an unopposed request for an extension of time, to December 1, 2020, to respond to the Second Amended Complaint in the *Gomez* case.   *See id.* at 1.

In light of the pending motion to stay, the *Gomez* Defendants ask the Court to vacate their current October 16, 2020, deadline to respond to the Second Amended Complaint.   Briefing on the motion to stay remains ongoing.   During an October 9, 2020, status conference with the parties in *Kennedy v. Trump*, Civ. A. No. 20-2639 (APM), which the Court has consolidated with these proceedings, the Court directed the *Kennedy*, *Mohammed*, *Fonjong* and *Aker* plaintiffs to respond to the *Gomez* Defendants' motion to stay by October 15, 2020.   The Court also directed the *Gomez* Defendants to file any reply brief by October 20, 2020.   As a result, the *Gomez* Defendants believe that the October 16, 2020, deadline has been superseded by subsequent events in these consolidated proceedings.

WHEREFORE, the *Gomez* Defendants request that the Court vacate the September 14, 2020, Scheduling Order and set a new responsive pleading deadline when the Court adjudicates the *Gomez* Defendants' motion to stay.   A proposed order accompanies this submission.

October 14, 2020

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General, Civil Division

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation, District Court Section

COLIN A. KISOR
Deputy Director

GLENN M. GIRDHARRY
Assistant Director

*/s/ Christopher Lyerla*
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
Washington, D.C. 20044
(202) 598-3967
Christopher.T.Lyerla@usdoj.gov

*Attorneys for Defendants*

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 14, 2020, I electronically filed the foregoing CONSENT

MOTION TO VACATE THE COURT'S SEPTEMBER 14, 2020, SCHEDULING ORDER with

the Clerk of the Court by using the CM/ECF system, which will provide electronic notice and an

electronic link to this document to all attorneys of record

By:  */s/ Christopher T. Lyerla*
     CHRISTOPHER T. LYERLA
     Trial Attorney
     United States Department of Justice
     Civil Division