**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DOMINGO ARREGUIN GOMEZ, *et al*.,<br><br>        Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, President of the United States of America, *et al.*,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 20-1419 (APM)<br>)<br>)<br>)<br>)<br>)<br>) |
| MOHAMMED ABDULAZIZ ABDULBAGI MOHAMMED, *et al*.,<br><br>        Plaintiffs,<br><br>    v.<br><br>MICHAEL R. POMPEO, Secretary, U.S. Department of State, *et al.*,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 20-1856 (APM)<br>)<br>)<br>)<br>)<br>)<br>) |
| CLAUDINE NGUM FONJONG, *et al*.,<br><br>        Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, President of the United States of America, *et al.*,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 20-2128 (APM)<br>)<br>)<br>)<br>)<br>) |

AFSIN AKER, *et al.*,                    )
                                         )
            Plaintiffs,                  )
                                         )
      v.                                 )          Civil Action No. 20-1926 (APM)
                                         )
DONALD J. TRUMP, President of the United )
States of America, *et al.*,             )
                                         )
            Defendants.                  )
                                         )

MORAA ASNATH KENNEDY, *et al.*,          )
                                         )
            Plaintiffs,                  )
                                         )
      v.                                 )          Civil Action No. 20-1926 (APM)
                                         )
DONALD J. TRUMP, President of the United )
States of America, *et al.*,             )
                                         )
            Defendants.                  )
                                         )

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), individual *Kennedy v. Trump* Plaintiffs Vladimir SOLNTSEV, Yuta FUKASAWA, and Haruka FUKASAWA, by and through counsel, hereby request to dismiss without prejudice all claims made in their complaint against Defendants Donald J. TRUMP, in his capacity as President of the United States, and Michael R. POMPEO, in his capacity as Secretary of State.

Dated:  October 28, 2020                    Respectfully submitted,

                                            /s/ *Curtis Lee Morrison*

                                            Curtis Lee Morrison
                                            Rafael Urena
                                            Abadir Barre
                                            Kristina Ghazaryan
                                            Philip Duclos
                                            The Law Office of Rafael Urena
                                            925 N. La Brea Ave, 4th Floor
                                            Los Angeles, CA 90038
                                            Tel: (703) 929-4424
                                            Fax: (929) 286-9584
                                            curtis@curtismorrisonlaw.com
                                            ru@urenaesq.com
                                            abadir@barrelaw.com
                                            *Counsel for Plaintiffs*


## CERTIFICATE OF SERVICE


        On the below date, I electronically filed the **NOTICE OF VOLUNTARY DISMISSAL**

and all attached exhibits with the Clerk of the United States District Court for the District of

Columbia, using the CM/ECF System. The Court's CM/ECF System will send an email

electronically to all noticed parties to the action who are registered with the Court's CM/ECF

System.


Dated:  October 28, 2020

        Rancho Santa Margarita, California


                                            /s/ *Curtis Lee Morrison*
                                            _____
                                            Curtis Lee Morrison
                                            The Law Office of Rafael Ureña
                                            *Counsel for Plaintiffs*