**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DOMINGO ARREGUIN GOMEZ, et al.,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**DONALD J. TRUMP, et al.,** )<br>)<br>**Defendants.** )<br>)<br>) | Case No. 20-cv-01419 (APM) |
| **MOHAMMED ABDULAZIZ**<br>**ABDUL MOHAMMED, et al.,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**MICHAEL R. POMPEO, et al.,** )<br>)<br>**Defendants.** )<br>) | Case No. 20-cv-01856 (APM) |
| **AFSIN AKER, et al.,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**DONALD J. TRUMP, et al.,** )<br>)<br>**Defendants.** )<br>) | Case No. 20-CV-01926 (APM) |

| | |
|---|---|
| **CLAUDINE NGUM FONJONG, et al.,** | ) |
| **Plaintiffs,** | ) |
| v. | ) Case No. 20-cv-021288 (APM) |
| **DONALD J. TRUMP, et al.,** | ) |
| **Defendants.** | ) |

## NOTICE OF APPEAL

Defendants hereby appeal from the Court's Orders entered September 4, 2020 (ECF No. 123), September 14, 2020 (ECF No. 132), and September 30, 2020 (ECF No. 151) in the above-captioned cases to the United States Court of Appeals for the District of Columbia Circuit.

Plaintiffs have filed a notice of appeal (ECF No. 139), which is currently pending under Appeal No. 20-5292.

October 30, 2020

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General, Civil Division

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation, District Court Section

GLENN M. GIRDHARRY
Assistant Director

*/s/ James J. Wen*
Trial Attorney
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 532-4142
James.J.Wen@usdoj.gov

THOMAS B. YORK
CHRISTOPHER T. LYERLA
Trial Attorneys

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2020, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

*/s/ James J. Wen*
Trial Attorney
U.S. Department of Justice
Civil Division