# United States Court of Appeals
### For The District of Columbia Circuit

**No. 20-5332**  September Term, 2020

1:20-cv-01419-APM

**Filed On: December 14, 2020**

Domingo Arreguin Gomez, a Lawful Permanent Resident of the U.S., et al.,

    Appellees

  v.

Donald J. Trump, in his official capacity as President of the United States of America, et al.,

    Appellants

**O R D E R**

Upon consideration of the stipulation of voluntary dismissal pursuant to Federal Rule of Appellate Procedure 42(b), it is

**ORDERED** that the Clerk note on the docket that this case is dismissed. No mandate will issue.

    **FOR THE COURT:**
    Mark J. Langer, Clerk

BY:  /s/
    Tatiana Magruder
    Deputy Clerk