**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DOMINGO ARREGUIN GOMEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States of America, et al., <br> Defendants. | Civil Action No. 1:20-cv-01419 |

**JOINT STIPULATION OF DISMISSAL AS TO SHIPCO TRANSPORT, INC.**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Shipco Transport, Inc. and Defendants, by and through their undersigned counsel, hereby stipulate to the dismissal of this action as to Shipco Transport, Inc. only, with each of these parties to bear their own costs. The remaining Plaintiffs will continue to pursue the claims set forth in the Second Amended Complaint (ECF 111).

| | |
|---|---|
| Dated: December 30, 2020 | Respectfully Submitted, |
| /s/ Thomas B. York <br> JEFFREY BOSSERT CLARK <br> Acting Assistant Attorney General, Civil Division <br> WILLIAM C. PEACHEY <br> Director, Office of Immigration Litigation, District Court Section <br> COLIN A. KISOR <br> Deputy Director <br> GLENN GIRDHARRY <br> Assistant Director <br> JAMES J. WEN <br><br> Thomas B. York <br> Trial Attorney <br> U.S. Department of Justice, Civil Division <br> Office of Immigration Litigation <br> District Court Section <br> Washington, D.C. 20044 | /s/ Andrew J. Pincus <br> Andrew J. Pincus (D.D.C. Bar No. 370762) <br> MAYER BROWN LLP <br> 1999 K Street, NW <br> Washington, DC 20006 <br> Telephone: (202) 263-3000 <br> apincus@mayerbrown.com <br><br> Matthew D. Ingber (*pro hac vice*) <br> MAYER BROWN LLP <br> 1221 Avenue of the Americas <br> New York, NY 10020 <br> Telephone: (212) 506-2500 <br> mingber@mayerbrown.com <br><br> Cleland B. Welton II (*pro hac vice*) <br> MAYER BROWN MEXICO, S.C. <br> Goldsmith 53, Polanco <br> Ciudad de Mexico 11560 |

1

| | |
|---|---|
| (202) 598-6073<br>Thomas.B.York@usdoj.gov | Telephone: (502) 314-8253<br>cwelton@mayerbrown.com |
| *Attorneys for Defendants* | Laboni A. Hoq (*pro hac vice*)<br>LAW OFFICE OF LABONI A. HOQ<br>Justice Action Center Cooperating Attorney<br>P.O. Box 753<br>South Pasadena, CA 91030<br>laboni@hoqlaw.com |

Jesse M. Bless (D.D.C. Bar No. MA0020)
AMERICAN IMMIGRATION LAWYERS ASSOCIATION
1301 G Street NW, Ste. 300
Washington, D.C. 20005
(781) 704-3897
jbless@aila.org

Karen C. Tumlin (*pro hac vice*)
Esther H. Sung (*pro hac vice*)
JUSTICE ACTION CENTER
P.O. Box 27280
Los Angeles, CA 90027
Telephone: (323) 316-0944
karen.tumlin@justiceactioncenter.org
esther.sung@justiceactioncenter.org

Stephen Manning (*pro hac vice*)
Tess Hellgren (*pro hac vice*)
Jordan Cunnings (*pro hac vice*)
INNOVATION LAW LAB
333 SW Fifth Avenue #200
Portland, OR 97204
Telephone: (503) 241-0035
stephen@innovationlawlab.org
tess@innovationlawlab.org
jordan@innovationlawlab.org

*Attorneys for Plaintiffs*