IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOMINGO ARREGUIN GOMEZ, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, PRESIDENT OF THE UNITED STATES OF AMERICA, ET AL., <br><br> Defendants. | Case No. 1:20-cv-01419 |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to LCvR 83.6(b), I respectfully request that the Clerk withdraw my appearance as counsel for *Amici Curiae* Leading Companies and Business Organizations, who will continue to be represented by other attorneys of Gibson, Dunn & Crutcher LLP listed on the docket.

Dated:  December 31, 2020

Respectfully submitted,

/s/  Stuart F. Delery
Stuart F. Delery, SBN 4498}90
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel.:  202-955-8500
Fax:  202-467-0539
sdelery@gibsondunn.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of December, 2020, I caused a copy of the foregoing to be served upon all parties via CM/ECF.

/s/  Stuart F. Delery
Stuart F. Delery