# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DOMINGO ARREGUIN GOMEZ, *et al.*,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, President of the United States of America, *et al.*,<br><br>　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 20-1419 (APM) |
| MOHAMMED ABDULAZIZ ABDULBAGI MOHAMMED, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MICHAEL R. POMPEO, Secretary, U.S. Department of State, *et al.*,<br><br>　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 20-1856 (APM) |
| CLAUDINE NGUM FONJONG, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, President of the United States of America, *et al.*,<br><br>　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 20-2128 (APM) |

| | |
|---|---|
| AFSIN AKER, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP, President of the United States of America, *et al.*,<br><br>  Defendants. | Civil Action No. 20-1926 (APM) |
| MORAA ASNATH KENNEDY, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP, President of the United States of America, *et al.*,<br><br>  Defendants. | Civil Action No. 20-2639 (APM) |

**DEFENDANTS' NOTICE OF EXTENSION OF
PRESIDENTIAL PROCLAMATIONS 10014 AND 10052**

On December 31, 2020, the President announced Proclamation on Suspension of Entry of Immigrants and Nonimmigrants Who Continue to Present a Risk to the United States Labor Market. *See* The White House, *Proclamation on Suspension of Entry of Immigrants and Nonimmigrants Who Continue to Present a Risk to the United States Labor Market*, https://www.whitehouse.gov/presidential-actions/proclamation-suspension-entry-immigrants-nonimmigrants-continue-present-risk-united-states-labor-market/ (Dec. 31, 2020). The Proclamation amends Proclamations 10014 and 10052 by extending their effective period until

March 31, 2021, which may be further continued as necessary. *See id*. §§ 1, 2. The Proclamation further directs, "[w]ithin 15 days of December 31, 2020, and every 30 days thereafter while this proclamation is in effect, the Secretary of Homeland Security shall, in consultation with the Secretary of State and the Secretary of Labor, recommend any modifications as may be necessary." *Id*.

Dated: January 4, 2021     Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General, Civil Division

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation, District Court Section

COLIN A. KISOR
Deputy Director

GLENN M. GIRDHARRY
Assistant Director

JOSHUA S. PRESS
Senior Litigation Counsel

*/s/ JAMES J. WEN*
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 532-4142
James.J.Wen@usdoj.gov

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2021, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court of for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

        By: */s/ James J. Wen*
             JAMES J. WEN
             Trial Attorney
             United States Department of Justice
             Civil Division