# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOMINGO ARREGUIN GOMEZ, *et al.*,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, President of the United States of America, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 20-1419 (APM) |
| MOHAMMED ABDULAZIZ ABDULBAGI MOHAMMED, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MICHAEL R. POMPEO, Secretary, U.S. Department of State, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 20-1856 (APM) |
| CLAUDINE NGUM FONJONG, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, President of the United States of America, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 20-2128 (APM) |

| | |
|---|---|
| AFSIN AKER, *et al.*,<br><br>       Plaintiffs,<br><br>   v.<br><br>DONALD J. TRUMP, President of the United States of America, *et al.*,<br><br>       Defendants. | Civil Action No. 20-1926 (APM) |
| MORAA ASNATH KENNEDY, *et al.*,<br><br>       Plaintiffs,<br><br>   v.<br><br>DONALD J. TRUMP, President of the United States of America, *et al.*,<br><br>       Defendants. | Civil Action No. 20-2639 (APM) |

## **DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**[1]

Defendants hereby move for partial summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 7(h). The grounds for Defendants' motion are set forth in the attached memorandum of points and authorities. For the reasons explained in that memorandum, Defendants respectfully request that the Court grant summary judgment in favor of Defendants.

Dated: January 20, 2021                        Respectfully submitted,

---

[1] This Court ordered that "Briefing shall be limited to issues raised by Plaintiffs' Administrative Procedure Act, mandamus, and related claims concerning visa adjudication and issuance." ECF 184 at 3.

JOHN V. COGHLAN
Acting Assistant Attorney General, Civil Division

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation, District Court Section

COLIN A. KISOR
Deputy Director

GLENN M. GIRDHARRY
Assistant Director

AARON S. GOLDSMITH
Senior Litigation Counsel

*/s/ JAMES J. WEN*
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 532-4142
James.J.Wen@usdoj.gov

THOMAS B. YORK
Trial Attorney

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on January 20, 2021 I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will provide electronic notice and an electronic link to this document to all attorneys of record.

                                               *s/ James J. Wen*
                                               JAMES J. WEN
                                               Trial Attorney
                                               United States Department of Justice
                                               Civil Division