RAFAEL URENA
CURTIS LEE MORRISON
KRISTINA GHAZARYAN
ABADIR BARRE
PHILIP DULCOS
THE LAW OFFICE OF RAFAEL UREÑA
925 N. La Brea, 4th Floor
Los Angeles, California 90038
Telephone: (703) 989-4424
Email: curtis@curtismorrisonlaw.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOMINGO ARREGUIN GOMEZ, *et al*., <br><br>     Plaintiffs, <br><br>     v. <br><br> JOSEPH R. BIDEN, President of the United States of America, *et al.*, <br><br>     Defendants. | Civil Action No. 20-1419 (APM) |
| MOHAMMED ABDULAZIZ ABDULBAGI MOHAMMED, *et al*., <br><br>     Plaintiffs, <br><br>     v. <br><br> ANTONY BLINKEN, Secretary, U.S. Department of State, *et al.*, | Civil Action No. 20-1856 (APM) |

1

Defendants.

---

CLAUDINE NGUM FONJONG, *et al*.,

    Plaintiffs,

    v.

JOSEPH R. BIDEN, President of the United States of America, *et al.*,

    Defendants.

Civil Action No. 20-2128 (APM)

---

AFSIN AKER, *et al*.,

    Plaintiffs,

    v.

JOSEPH R. BIDEN, President of the United States of America, *et al.*,

    Defendants.

Civil Action No. 20-1926 (APM)

---

MORAA ASNATH KENNEDY, *et al.*,

    Plaintiffs,

    v.

JOSEPH R. BIDEN, President of the United States of America, *et al.*,

    Defendants.

Civil Action No. 20-2639 (APM)

## _MOHAMMED, FONJOG,_ AND _KENNEDY_ PLAINTIFFS' MOTION TO LIMIT REVIEW TO THE ADMINSTRATIVE RECORD AND TO STRIKE DEFENDATS' EXTRA-RECORD EVIDENCE AND ITS REFERENCES

Plaintiffs hereby move for a motion to limit review to the administrative records and to strike Defendants' extra-record declarations attached to _Defendant's Motion for Partial Summary Judgment_. ECF 189 and 189-1.  Plaintiffs also move to strike the portion of Defendants' Motion for Partial Summary Judgment which cite to or improperly rely upon the extra-record evidence.

### LCvR 7(m) Statement

Plaintiffs have conferred with Defendants Counsel regarding the instant motion. Defendants have stated that they intend to oppose the motion.

Dated: February 1, 2021
　　　　Venice, CA

Respectfully submitted,

/s/ Rafael Urena
Rafael Urena
Curtis Lee Morrison
Abadir Barre
Kristina Ghazaryan
Philip Duclos
The Law Office of Rafael Urena
925 N. La Brea Ave, 4th Floor
Los Angeles, CA 90038
Tel: (703) 929-4424
ru@urenaesq.com
_Attorneys for the Plaintiffs_

3