**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DOMINGO ARREGUIN GOMEZ, et al., <br>     Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br>     Defendants. | Civil Action No. 1:20-cv-01419 |
| MOHAMMED ABDULAZIZ ABDUL MOHAMMED, et al., <br>     Plaintiffs, <br><br> v. <br><br> MICHAEL R. POMPEO, et al., <br>     Defendants. | Civil Action No. 1:20-cv-01856 |
| AFSIN AKER, et al., <br>     Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br>     Defendants. | Civil Action No. 1:20-cv-01926 |
| CLAUDINE NGUM FONJONG, et al., <br>     Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br>     Defendants. | Civil Action No. 1:20-cv-02128 |
| MORAA ASNATH KENNEDY, et al., <br>     Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br>     Defendants. | Civil Action No. 1:20-cv-02639 |

**AMENDED PROPOSED ORDER GRANTING PLAINTIFFS'
MOTION FOR EMERGENCY INJUNCTIVE RELIEF**

Plaintiffs respectfully submit this Amended Proposed Order (attached hereto as Exhibit A) for the Court's consideration in connection with the pending Motion for Emergency Injunctive Relief (ECF 201). A redline comparison against the proposed order submitted with the motion (ECF 201-4) is attached hereto as Exhibit B.

The second paragraph of the amended proposed order is amended to conform with language in the third paragraph.

The third paragraph of the amended proposed order is revised, in response to issues raised at today's hearing, so that the requested relief would become effective as to any individual upon the expiration of his or her visa—the event that would trigger the potential mootness or lack of standing about which the Court expressed concerns. The revision also avoids any possible confusion with respect to individuals who have (per Defendants' counsel's representation at the hearing) already used visas issued pursuant to the Court's September 4, 2020 order in *Gomez I* to enter the country, or who may soon be permitted to do so.

The fourth paragraph of the amended proposed order addresses the Gomez Plaintiffs' request that the Court order Defendants to promptly issue notice to *Gomez* class members to advise them of their rights to preserve the validity of any visas issued to them under this Court's orders, and any future developments in this case that implicate the validity of those visas and their rights to enter the U.S. under them.

| | |
|---|---|
| February 18, 2021 | Respectfully submitted, |
| | /s/ Andrew J. Pincus |
| Jesse M. Bless (D.D.C. Bar No. MA0020) | Andrew J. Pincus (D.C. Bar No. 370762) |
| AMERICAN IMMIGRATION LAWYERS ASSOCIATION | MAYER BROWN LLP |
| 1301 G Street NW, Ste. 300 | 1999 K Street, NW |
| Washington, D.C. 20005 | Washington, DC 20006 |
| (781) 704-3897 | Telephone: (202) 263-3000 |
| jbless@aila.org | apincus@mayerbrown.com |
| | Matthew D. Ingber (*pro hac vice*) |
| Karen C. Tumlin (*pro hac vice*) | Cleland B. Welton II (*pro hac vice*) |
| Esther H. Sung (*pro hac vice*) | MAYER BROWN LLP |
| Jane P. Bentrott (*pro hac vice*) | 1221 Avenue of the Americas |
| JUSTICE ACTION CENTER | New York, NY 10020 |
| P.O. Box 27280 | Telephone: (212) 506-2500 |
| Los Angeles, CA 90027 | mingber@mayerbrown.com |
| Telephone: (323) 316-0944 | cwelton@mayerbrown.com |
| karen.tumlin@justiceactioncenter.org | |
| esther.sung@justiceactioncenter.org | |
| jane.bentrott@justiceactioncenter.org | |
| Stephen Manning (*pro hac vice*) | Laboni A. Hoq (*pro hac vice*) |
| Tess Hellgren (*pro hac vice*) | LAW OFFICE OF LABONI A. HOQ |
| Jordan Cunnings (*pro hac vice*) | Justice Action Center Cooperating Attorney |
| INNOVATION LAW LAB | P.O. Box 753 |
| 333 SW Fifth Avenue #200 | South Pasadena, CA 91030 |
| Portland, OR 97204 | laboni@hoqlaw.com |
| Telephone: (503) 241-0035 | |
| stephen@innovationlawlab.org | |
| tess@innovationlawlab.org | |
| jordan@innovationlawlab.org | |

Attorneys for *Gomez* Plaintiffs

Charles H. Kuck (D.C. Bar No. GA429940)  
KUCK BAXTER IMMIGRATION  
365 Northridge Rd., Suite 300  
Atlanta, GA 30350  
ckuck@immigration.net  

Greg Siskind (*Pro Hac Vice*)  
SISKIND SUSSER PC  
1028 Oakhaven Rd.  
Memphis, TN 39118  
gsiskind@visalaw.com  

Jeff Joseph (D.C. Bar ID: CO0084)  
JOSEPH & HALL P.C.  
12203 East Second Avenue  
Aurora, CA 80011  
jeff@immigrationissues.com  

Attorneys for *Aker* Plaintiffs

Kristina Ghazaryan  
Philip Duclos  
Abadir Barre  
Curtis Lee Morrison  
Rafael Urena  
THE LAW OFFICE OF RAFAEL URENA  
925 N. La Brea Ave, 4th Floor  
Los Angeles, CA 90038  
Tel: (703) 929-4424  
ru@urenaesq.com  

Attorneys for *Mohommed*, *Fonjong*, and *Kennedy* Plaintiffs