# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOMINGO ARREGUIN GOMEZ, et al.,<br><br>                  Plaintiffs,<br><br>          v.<br><br>DONALD J. TRUMP, et al.,<br>                  Defendants. | Civil Action No. 1:20-cv-01419 |
| MOHAMMED ABDULAZIZ ABDUL MOHAMMED, et al.,<br><br>                  Plaintiffs,<br><br>          v.<br><br>MICHAEL R. POMPEO, et al.,<br>                  Defendants. | Civil Action No. 1:20-cv-01856 |
| AFSIN AKER, et al.,<br><br>                  Plaintiffs,<br><br>          v.<br><br>DONALD J. TRUMP, et al.,<br>                  Defendants. | Civil Action No. 1:20-cv-01926 |
| CLAUDINE NGUM FONJONG, et al.,<br><br>                  Plaintiffs,<br><br>          v.<br><br>DONALD J. TRUMP, et al.,<br>                  Defendants. | Civil Action No. 1:20-cv-02128 |
| MORAA ASNATH KENNEDY, et al.,<br><br>                  Plaintiffs,<br><br>          v.<br><br>DONALD J. TRUMP, et al.,<br>                  Defendants. | Civil Action No. 1:20-cv-02639 |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR EMERGENCY INJUNCTIVE RELIEF

**IT IS HEREBY ORDERED** that Plaintiffs' motion for emergency injunctive relief is **GRANTED**.  DHS's implementation of the Proclamations' "national interest" exception is set aside and enjoined as applied to holders of currently valid fiscal year 2020 diversity visas that expire on or before March 31, 2021.  DHS is directed to promptly issue new "national interest" guidance that is neither arbitrary nor capricious.

**IT IS FURTHER ORDERED** that Defendants shall treat all visas issued and renewed pursuant to *Gomez I* as remaining valid and unexpired until 45 days after DHS has issued new "national interest" guidance in accordance with this Order.

**IT IS FURTHER ORDERED**, pursuant to the All Writs Act, 28 U.S.C. § 1651(a), that Defendants shall treat all visas issued and renewed pursuant to *Gomez I*, but which expire unused, as having been issued in the first instance as of the date on which this Court renders final judgment in this action.  Nothing in this order prevents Plaintiffs and *Gomez* class members with valid visas from seeking admission to the United States prior to the expiration of such visas if Defendants rescind the Proclamations or otherwise allow for the entry of immigrants with diversity visas.

**IT IS FURTHER ORDERED** that Defendants shall, within seven days of this Order, contact all class members to advise them that they may apply to extend any visa issued pursuant to *Gomez I* that was originally valid for less than six months.  Defendants shall also apprise all class members of the Court's decision and this Order, and shall provide notice to class members of all future developments in this case related to visas issued pursuant to this Court's orders, as well as class members' ability to apply for admission into the United States under those visas.

Dated:_____

_____
HON. AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE