**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DOMINGO ARREGUIN GOMEZ, *et al*., <br>            Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, President of the United States of America, *et al.*, <br><br>            Defendants. | Civil Action No. 20-1419 (APM) |
| MOHAMMED ABDULAZIZ ABDULBAGI MOHAMMED, *et al*., <br><br>            Plaintiffs, <br><br> v. <br><br> ANTONY BLINKEN, Secretary, U.S. Department of State, *et al.*, <br><br>            Defendants. | Civil Action No. 20-1856 (APM) |
| CLAUDINE NGUM FONJONG, *et al*., <br><br>            Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, President of the United States of America, *et al.*, <br><br>            Defendants. | Civil Action No. 20-2128 (APM) |

|  |  |  |
|---|---|---|
| AFSIN AKER, *et al.*, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | | |
| v. | | Civil Action No. 20-1926 (APM) |
| JOSEPH R. BIDEN, President of the United States of America, *et al.*, | | |
| Defendants. | | |

|  |  |  |
|---|---|---|
| MORAA ASNATH KENNEDY, *et al.*, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | | |
| v. | | Civil Action No. 20-2639 (APM) |
| JOSEPH R. BIDEN, President of the United States of America, *et al.*, | | |
| Defendants. | | |

### DEFENDANTS' MOTION TO EXTEND THE REMAINING BRIEFING SCHEDULE FOR SUMMARY JUDGMENT

The Government requests that the deadline for their partial summary judgment briefing be extended by twenty-one (21) days.[1] The Government's request for a 21-day extension is reasonable and good cause exists for this additional time based on four reasons.

First, and as was discussed at the March 1, 2021 status conference, additional time is needed as the Government continues to explore seeking modification of this Court's February 19th Order. As acknowledged by Plaintiffs' counsel at that same status conference, resolving this

---

[1] On March 2, 2021, counsel for the Defendants discussed this extension via electronic mail, but could not come to any agreement on this issue with Plaintiffs' counsel. Plaintiffs' counsel indicated that they oppose an extension.

question as soon as possible is essential to ensure that the Court's February 19th Order is properly effectuated.

Second, per the Court's suggestion at that same status conference, the Government needs time to discuss proposals with the other side on the potential to jointly resolve the disposition of this Court's February 19th Order.

Third, additional time is needed to assess Proclamation 10149's revocation of Proclamation 10014 and its effects on arguments presently before the Court on summary judgment.

Finally, the adjusted briefing deadlines will not cause undue delay nor prejudice the Plaintiffs. With these considerations in mind, the Government's proposed briefing schedule is as follows:

|  | Current Deadline | **Defendants' Proposal** |
|---|---|---|
| Defendants' Reply/Opposition to Plaintiffs' Cross-Motions for Summary Judgment (65 pages) | March 8, 2021 | **April 5, 2021** |
| Plaintiffs' Reply Briefs (25 pages each) | March 22, 2021 | **April 19, 2021** |
| Joint Appendix | March 31, 2021 | **April 21, 2021** |
| Hearing | Court's earliest convenience | **Court's earliest convenience** |

Accordingly, the Government's request is reasonable and good cause exists to extend the remaining summary judgment briefing deadlines by twenty-one (21) days. The Court should therefore grant Defendants' motion, and enter an order adopting the Government's proposed briefing schedule.

Dated: March 3, 2021								Respectfully submitted,

BRIAN M. BOYNTON
*Acting Assistant Attorney General*, Civil Division

WILLIAM C. PEACHEY
*Director, Office of Immigration Litigation*, *District Court Section*

COLIN A. KISOR
*Deputy Director*

GLENN M. GIRDHARRY
*Assistant Director*

*s/Thomas B. York*
THOMAS B. YORK
*Trial Attorney*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
Washington, D.C. 20044
(202) 598-6073
Thomas.B.York@usdoj.gov

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on March 3, 2021, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will provide electronic notice and an electronic link to this document to all attorneys of record.

                                                *s/ Thomas B. York*
                                                THOMAS B. YORK
                                                Trial Attorney
                                                United States Department of Justice
                                                Civil Division