UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOMINGO ARREGUIN GOMEZ, *et al.*,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>JOSPEH R. BIDEN, JR., President of the<br>United States of America, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 20-1419 (APM) |
| MOHAMMED ABDULAZIZ ABDULBAGI<br>MOHAMMED, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ANTONY J. BLINKEN, Secretary,<br>U.S. Department of State, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 20-1856 (APM) |
| CLAUDINE NGUM FONJONG, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>JOSEPH R. BIDEN, JR., President of the<br>United States of America, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 20-2128 (APM) |

| | |
|---|---|
| AFSIN AKER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., President of the United States of America, *et al.*, <br><br> Defendants. | Civil Action No. 20-1926 (APM) |
| MORAA ASNATH KENNEDY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., President of the United States of America, *et al.*, <br><br> Defendants. | Civil Action No. 20-2639 (APM) |

# DEFENDANTS' NOTICE OF EXPIRATION OF PRESIDENTIAL PROCLAMATION 10052

On March 31, 2021, Presidential Proclamation 10052 expired by its own terms. *See* 86 Fed. Reg. 417-18 (extending Proclamation 10052 and stating "[t]his proclamation shall expire on March 31, 2021 . . ."); *see also* U.S. Department of State–Bureau of Consular Affairs, *Update on Presidential Proclamation 10052*, https://travel.state.gov/content/travel/en/News/visas-news/update-on-presidential-proclamation-10052.html (last visited April 1, 2021). Accordingly, both Proclamations 10014 and 10052 are no longer in effect. *See id.*; 86 Fed. Reg. 11,847 (revoking Proclamation 10014).

Dated: April 1, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General, Civil Division

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation, District Court Section

COLIN A. KISOR
Deputy Director

GLENN M. GIRDHARRY
Assistant Director

*/s/ JAMES J. WEN*
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 532-4142
James.J.Wen@usdoj.gov

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2021, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court of for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

                                           By: */s/ James J. Wen*
                                                   JAMES J. WEN
                                                   Trial Attorney
                                                   United States Department of Justice
                                                   Civil Division