**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DOMINGO ARREGUIN GOMEZ, *et al.*,<br>  Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, Jr., President of the<br>United States of America, *et al.*,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 20-1419 (APM)<br>)<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| MOHAMMED ABDULAZIZ ABDULBAGI<br>MOHAMMED, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>ANTONY J. BLINKEN, Secretary,<br>U.S. Department of State, *et al.*,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 20-1856 (APM)<br>)<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| CLAUDINE NGUM FONJONG, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, Jr., President of the<br>United States of America, *et al.*,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 20-2128 (APM)<br>)<br>)<br>)<br>)<br>) |



|  |  |
|---|---|
| AFSIN AKER, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, Jr., President of the<br>United States of America, *et al.*,<br><br>      Defendants. | Civil Action No. 20-1926 (APM) |
| MORAA ASNATH KENNEDY, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, Jr., President of the<br>United States of America, *et al.*,<br><br>      Defendants. | Civil Action No. 20-2639 (APM) |

## DEFENDANTS' NOTICE OF
## RECENT ACTION TAKEN BY THE STATE DEPARTMENT

Defendants provide the Court with notice of recent action that the Secretary of State has taken regarding certain Plaintiffs in this matter. On April 8, 2021, Secretary Blinken granted national interest exceptions under Section 2 of Presidential Proclamations 9984, 9992 and 10143 (the "COVID-19 regional proclamations") to individuals seeking to travel on immigrant or fiancé(e) visas. *See Updates to National Interest Exceptions for Regional COVID Proclamations*, https://travel.state.gov/content/travel/en/News/visas-news/updates-to-national-interest-exceptions-for-regional-covid-proclamations.html (last visited Apr. 14, 2021).

As Defendants previously noted, ECF 216, the COVID-19 regional proclamations bar certain foreign nationals from entry, or attempted entry, into the United States if they have been physically present in certain countries within the preceding 14 days, due to COVID-19 pandemic conditions in those countries. Under Section 2 of each of the COVID-19 regional proclamations, however, the Secretary of State may determine that the entry of foreign nationals subject to the COVID-19 regional proclamations is in the national interest and, thus, that they should be excepted from the restrictions. On April 8, the Secretary of State "determined that travel on an immigrant or fiancé(e) visa is in the national interest for purposes of granting exceptions under the geographic COVID proclamations." *Updates to National Interest Exceptions for Regional COVID Proclamations*, https://travel.state.gov/content/travel/en/News/visas-news/updates-to-national-interest-exceptions-for-regional-covid-proclamations.html (last visited Apr. 14, 2021). The Secretary of State has also directed that "Immigrant Visa processing posts may now grant immigrant and fiancé(e) visas to applicants otherwise eligible, notwithstanding these proclamations." *Id.*

The *Mohammed, Aker, Fonjong*, and *Kennedy* Plaintiffs contend: "[T]his administration has extended the regional bans to new regions and continue to use regional bans to justify their No Visa Policy, refusing to adjudicate visas despite the mere 14-day restriction on entry." ECF 227 at 10. *See also id.* at 8 ("Defendants continue to unlawfully interpret regional entry bans as issuance bans."). However, the State Department's grant of national interest exceptions to immigrant visa applicants subject to the COVID-19 regional proclamations demonstrates that this is no longer the case.

Accordingly, the COVID-19 regional proclamations no longer bar Plaintiffs in this consolidated matter from seeking immigrant visas or from admission into the United States, and

any claims with respect to those proclamations are now moot.


Dated: April 14, 2021                              Respectfully submitted,

                                                   BRIAN M. BOYNTON
                                                   Acting Assistant Attorney General, Civil Division

                                                   WILLIAM C. PEACHEY
                                                   Director

                                                   GLENN M. GIRDHARRY
                                                   Assistant Director

                                                   /s/ James J. Wen
                                                   Trial Attorney
                                                   U.S. Department of Justice, Civil Division
                                                   Office of Immigration Litigation
                                                   District Court Section
                                                   P.O. Box 868, Ben Franklin Station
                                                   Washington, D.C. 20044
                                                   (202) 532-4142
                                                   james.j.wen@usdoj.gov

                                                   *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on April 14, 2021, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will provide electronic notice and an electronic link to this document to all attorneys of record.

By: */s/ James J. Wen*
    JAMES J. WEN
    Trial Attorney
    United States Department of Justice
    Civil Division