CURTIS LEE MORRISON (D.C. Bar ID: 1631896)
RAFAEL URENA
KRISTINA GHAZARYAN (Pro Hac Vice)
PHILIP DUCLOS (Pro Hac Vice)
ABADIR BARRE (Pro Hac Vice)
Morrison Urena, LC
PO Box 80844
Rancho Santa Margarita, CA 92688
Telephone: (703) 989-4424
curtis@curtismorrisonlaw.com
ru@urenalaw.com
philip@curtismorrisonlaw.com
kristina@ghazaryanlaw.com
abadir@barrelaw.com

*Attorneys for Mohammed, Fonjong, and Kennedy Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DOMINGO ARREGUIN GOMEZ, *et al*., <br>    Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, President of the United <br>    States of America, *et al*., <br>    Defendants. | Civil Action No. 20-1419 (APM) |
| MOHAMMED ABDULAZIZ ABDULBAGI <br>    MOHAMMED, *et al*., <br>    Plaintiffs, <br><br> v. <br><br> ANDREW J. BLINKEN, Secretary, U.S. <br>    Department of State, *et al*., <br>    Defendants. | Civil Action No. 20-1856 (APM) |
| CLAUDINE NGUM FONJONG, *et al*., <br>    Plaintiffs, | Civil Action No. 20-2128 (APM) |

v.

JOSEPH R. BIDEN, President of the United
States of America, *et al.*,
Defendants.

AFSIN AKER, *et al.*,
Plaintiffs,

v.

JOSEPH R. BIDEN, President of the United
States of America, *et al.*,
Defendants.

Civil Action No. 20-1926 (APM)

MORAA ASNATH KENNEDY, *et al.*,
Plaintiffs,

v.

JOSEPH R. BIDEN, President of the United
States of America, *et al.*,
Defendants.

Civil Action No. 20-2639 (APM)

**MOHAMMED AND KENNEDY PLAINTIFFS'
SUPPLEMENTAL NOTICE OF DIRE CIRCUMSTANCES FACED BY 25 AFGHAN
PLAINTIFFS**

Eight Afghan families are *Mohammed v. Biden* or *Kennedy v Biden* Plaintiffs located in Afghanistan. In recent years, Defendants have selected a significant number of DV selectees in Afghanistan. There were 981 Afghan selectees for FY-2020, the vast majority of whom are *Gomez* class members. There are 2,189 selectees from Afghanistan for FY-2021, zero of whom were issued Diversity Visas as of June 30, 2021.

On Sunday, August 15, 2021, the U.S. flag was taken down from the US Embassy Kabul, marking the final step of the U.S. evacuation of that embassy.[1] U.S. Representative Andy Kim (NJ) has since reported that embassy workers burned passports of Afghan visa applicants while destroying embassy documents as the Taliban rapidly approached the capital and the Defendants panicked.[2]

Afghan *Mohammed* Plaintiffs AHMAD FAHIM NOUMAN, ELAHA NOUMAN, their child A.A.N.; RAMIN YOUSOFI, SADAF YOUSOFI, their children M.S.Y., and Y.Y.; ask the Court to take their dire circumstances into account. Further, Afghan *Kennedy* Plaintiffs MOHAMMAD SALIM ATAIY, SADAF SAMIMI, their children M.S.A., M.S.A.(2);  MIR AHMAD SULTANI, MAHWASH SULTANI, and their children F.S., and S.A.S.; NADERA SAFARI; SOHAILA SHAH SAMAND, REZA FAIZI, and their child F.F.; FAKHRUDDIN AKBARI, NAZMEEN AKBARI, and their child F.A.; AMINAH JAFARI, MOHAMMAD ISMAIL JAFARI, and their child S.J.; ask the Court to take their dire circumstances into account.  See: Exhibit A, *Afghan Plaintiff Declarations*.

Defendants did not consent to this filing, noting:

"This filing is not helpful in resolving the outstanding legal issues in this case and is an unnecessary distraction. Accordingly, the government does not consent to your filing it.  If you do file it, the government reserves the right to respond."

---

[1] Kylie Atwood, *US completes evacuation of embassy in Afghanistan as flag comes down at diplomatic compound,* CNN (Aug. 15, 2021), https://www.cnn.com/2021/08/15/politics/us-embassy-kabul-afghanistan/index.html.

[2] Bryan Bender, *"This is Actually Happening" - Inside the Biden team's five-day scramble as Afghanistan collapsed.* (Aug. 20, 2021) Politico, https://www.politico.com/news/magazine/2021/08/20/biden-afghanistan-kabul-chaos-taliban-evacuation-505600.

Dated: August 23, 2021

                        Respectfully submitted,

                        */s/ Curtis Lee Morrison*

                        Curtis Lee Morrison
                        Rafael Ureña
                        Philip Duclos
                        Kristina Ghazaryan
                        Abadir Barre
                        **Morrison Urena, LC**
                        PO Box 80844
                        Rancho Santa Margarita, CA 92688
                        Tel: (703) 929-4424
                        Fax: (929) 286-9584