## EXHIBIT A

### DECLARATION OF MASIHULLAH NIAZI

- I am over 18 years of age and if called upon to testify I could and would competently testify to the following facts, as the same are personally known to me.

- I reside in Columbus, Ohio.

- I give this declaration on behalf of my mother-in-law, Nadera Safari.

- My mother-in-law is a DV-2020 program selectee.

- She is currently residing in Kabul, Afghanistan.

- She has been a widow for over 20 years when her husband tragically passed as a result of the Taliban's first occupation of Afghanistan.

- The memories of that horrible time have come flooding back as we are witnessing history repeat itself.

- It has been less than a week since the Taliban has taken over and my mother-in-law is experience extreme hardship in a situation that is all too familiar.

- My mother-in-law formerly worked within the Ministry of Rural Development. She was employed for eight years in this governmental role.

- The Taliban is currently searching homes and hunting down any and all individuals and their families who worked in the government.

- Nadera Safari applied for the Diversity Visa Program in 2019 and was notified of the selection on May 7, 2019.

- She was thrilled at the opportunity to immigrate to the United States and have the chance to begin her life anew after all of the suffering she had endured.

- On January 29, 2020 she received a letter from the Kentucky Consular Center informing her that she had been scheduled for an interview.

- She was scheduled for an interview on March 22, 2020 for which she was fully prepared.
- Unfortunately, COVID-19 measures and the closure of the US Embassy Kabul were cited as the reason for her interview being cancelled. She was informed of this on March 15, 2020, mere days before her interview.
- The only chance she had at immigrating was ripped away from her.
- Nadera is in a gravely desperate situation and is terrified of what the future holds. If the last few days are of any indication, it is extremely grim.
- My mother-in-law is widowed and the only support she has in Afghanistan is her daughter, my wife.
- It is extremely difficult for women to leave the house and travel, and I am in a state of constant worry.
- There is no way method by which to send or receive money as all the banks have closed, the ATM's have run out of money, and Western Union's are non-operational.
- My wife and mother-in-law have attempted to go to the airport to escape to safety.
- The first time they attempted they arrived at 3 pm in the afternoon and waited until noon the next day to no avail.
- The country has collapsed into complete chaos and my family has been attacked while attempting to flee.
- They are in fear of being hurt and beaten, and because I am aware of the situation I have asked them to return home because I am worried for their safety.
- Women cannot travel through the streets without the protection of men and I am not able to be with them.

- I have attempted to travel to them and help them but there is no way for me to travel to Afghanistan.
- They have fully run out of water and food, and resources are scarce in the country.
- They have tried to enter to the airports through both the Taliban controlled gates and the US controlled gates and have had no success.
- I urge you to consider their condition and make it so my mother-in-law can travel safely to the United States. We are out of options and this is our last hope.


- Dated: 08/22/2021                                   Signed: *[signature]*

## DECLARATION OF MIR AHMAD SULTANI

I, Mir Ahmad Sultani, do hereby declare:

1. I am over 18 years of age and if called upon to testify, I could and would competently testify to the following facts, as the same are personally known to me.
2. I am citizen and resident of Afghanistan.
3. I was born in Afghanistan on ▮▮ ▮▮, 1991.
4. I was selected for the Diversity Visa Lottery for 2020. My NVC case number is 2020AS00016789. I have three derivative applicants: my spouse MAHWASH SULTANI and two minor children F.S. and S.A.S.
5. At the end of 2019, I submitted all the forms and documents required for the processing of my case at Kentucky Consular Center (KCC) and our case was ready to be scheduled for the interview at the U.S. Embassy in Kabul.
6. I was very happy in September of 2020 when I found out about the Hon. Judge's Mehta ordered USDOS to adjudicate DV2020 selectees' visas by the end of the fiscal year. I immediately submitted a letter to the U.S. embassy in Kabul asking to schedule my interview. However, the embassy responded that they are closed and unable to schedule an interview for my family. Thus, I was not able to get my DV2020 visa by the end of the September of 2020. Since that day we lived in the hope that my family will be able to get our visas from 9095 reserved visas.
7. Currently my family and I are living in fear because Taliban gained control over most of Afghanistan. My family is in imminent danger of being tortured and killed if the members of Taliban found out that my family was selected for DV2020 and applied for immigrant visas at the U.S. embassy in Kabul. My family and I must stay at home and hide from the Taliban members. We cannot leave our house to go outside to buy groceries.
8. My life in grave danger because I graduated from the from the faculty of Economics of the University of Kabul, Afghanistan and I used to work as a teacher in the Kabul Omid Afghan Turk High School. Taliban have strong repugnance toward employees of the foreign institutions. Since the school where I worked was established and funded by the

**Declaration of MIR AHMAD SULTANI- 1**

Turkish government, the chance of being tortured and killed by Taliban is much higher than for other afghans.

9. My wife graduated from the faculty of law and political science of the University of Kabul, Afghanistan. Now, she has to stay at home and hide from the Taliban because she used to work as a teacher of geography and history at the school. Currently, she is not allowed to work in the school because Taliban forbidding women from working.

10. We are afraid to be killed on the street or tortured by the Members of Taliban because they do not obey any laws. They can do whatever they want, and no one is able to control or stop them. They are mostly uneducated, fearless, and very violent people.

11. I always dreamed to relocate to the U.S. I genuinely share democratic and liberty values of the United States. Both my wife and I have university degrees and working knowledge of English.

12. I am asking the court to interfere and order the U.S. State Department to transfer our case to the U.S. embassy in Islamabad while we can travel there. I am not sure if we will be able to leave the country or even stay alive if the issuance of our visas is delayed.

13. I believe that I have a lot to offer America as an economist and accountant and to contribute to the US economy and prosperity.

14. I swear under penalty of perjury according to the laws of the United States that the statements above and true and correct to the best of my knowledge and understanding.

Executed on this 23 day of the month of August, 2021.

_____
MIR AHMAD SULTANI

**Declaration of MIR AHMAD SULTANI**- 2

## DECLARATION OF FAKHRUDDIN AKBARI

1. I am over 18 years of age and if called upon to testify I could and would competently testify to the following facts, as the same are personally known to me.

2. I reside in Kabul, Afghanistan.

3. I give this declaration in support of myself, my wife, and my daughter.

4. I am a *Kennedy v. Biden* plaintiff and a DV-2020 visa lottery winner.

5. My case number is 2020AS22691.

6. I have not been interviewed and my case is still at the National Visa Center.

7. The first time the Taliban gained control of Afghanistan I was a child and in order to save our life we escaped by road to Pakistan through the Torkham border.

8. I was a refugee for over 15 years, living in a country that was not my own, hoping to create a life for myself.

9. I studied hard during the days and worked during the nights in order to make ends meet, all in the hope of having a bright future.

10. I attended a University in Pakistan Karachi "Iqra University", and have a Bachelor of Engineering in addition to international certifications.

11. I was finally able to return to Afghanistan in 2018 and hoped to use my education and skills to the betterment and development of my country.

12. I joined the Afghan Wireless Communication Company as an Information System Security Administrator and use my earnings to support my wife, daughter, and family members.

13. It has been a dream of mine to migrate to the United States. I have always believed that if I worked hard that I would have the chance to contribute to my community.

14. That dream finally came true when I was selected for the Diversity Visa Lottery on May 7, 2019.

15. I was so thrilled because I finally felt as though there was a chance to offer my wife and child the opportunities I had always dreamed of. We suffered so greatly under the Taliban and I believed that our next generation would finally have a peaceful life in the United States.

16. This dream seems as though it is slipping away as I have not been scheduled, I have not been interviewed, and the current situation in Afghanistan has left me dreading the future.

17. On August 15, 2021, when the city of Kabul came under control of the Taliban they began searching homes in order to identify and capture those who had supported and worked with the United States.

18. My family has worked with the United States for over 8 years. This is no secret to those around us, and they are fully aware of who we support.

19. This has put us in great danger and has forced me and my family to go into hiding.

20. Anyone who helps us is also in danger, and they are taking great risks to try and keep us safe.

21. I am terrified of what will happen to my wife and daughter if we are found.

22. My daughter is scared and spends her days crying. We are in an active war zone and I am doing everything I can to protect her.

23. We are running out of kitchen stocks for our usual meals and have resorted to only eating bread with water because we cannot risk leaving the home in fear of being captured or become under public eyes.

24. I urge you to help us and make Afghan DV 2020 selectees a priority. This is our only hope. The window to freedom is closing and I cannot begin to imagine what would happen to my family if I am not around to protect them.

Dated: August 22, 2021                                                Signed:

## DECLARATION OF RAMIN YOUSOFI

I, Ramin Yousofi, do hereby declare:

1. I am over 18 years of age and if called upon to testify, I could and would competently testify to the following facts, as the same are personally known to me.
2. I reside at Third Microrayon Block 21 Apartment 12
3. I was born on ■ – ■ – 1987 in Farah.
4. I am a citizen of Afghanistan.
5. I was selected for the Diversity Visa Lottery for 2020.
6. I have a Bachelor's Degree in Business Administration specializing in management from the University of Kardan University and I work as the head of electronic banking at Afghanistan International Bank in Afghanistan.
7. KCC has scheduled my interview to Cameroon with one day notice which was impossible for me to reach, because I was in Kabul and mentioned country don't have embassy as well. Mrs. Banan transferred my interview to Islamabad Pakistan, although it was very difficult to reach but I put all my efforts and reach the embassy on 29 – Sept and passed my interview, but visa is not issued by end of fiscal year.
8. Since 2007, I have been a focal person for the US Army in Afghanistan and I have been in contact with almost all bases within the country and Kuwait for their banking needs, considering Afghanistan security situation and the way some of the people look at me is that I serve my entire career for the US army which is of course a honor for me and my family
9. Due to my job background with the current situation in Kabul my family life and me is in a great danger, Taliban is looking for those who worked with the US Army, and they consider them as a great enemy. Due to mentioned challenges, I am not able to stay in my own apartment rather I hidden in different locations to avoid finding me. Therefore I believe to be evacuated in the soonest possible time to safe me and my family life

1  I swear under penalty of perjury according to the laws of the United States that the statements
2  above and true and correct to the best of my knowledge and understanding.
3
4
   Executed on this 22 day of the month of August 2021.
5
6
7      *[signature]*
8  _____
   Ramin Yousofi
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Dear Mr. Curtis,**

This is Amina Jafari with DV Case: 2020AS27309.

I have been waiting for my interview since 2019.  Afghanistan has fallen under Taliban's control; the situation has gotten worst. This is especially for women and those who have DV Lottery case and waiting for visa.

I am writing this to let you know that I need your help with immediate evacuation from the country due to the following reasons.

1. I am the winner of DV 2020 and my neighbors and friends know that I am waiting for my interview/visa. If the Taliban finds out about my case, then me and my family will be at risk.
2. I am Hazara (a minority group which Taliban have committed genocide to before and there are rumors it will happen again).
3. I am a woman. Taliban have taken all rights from women and have set regulations for them. Since Taliban took over the country, I have not been able to walk outside and I have been hiding at home because I am scared for my life.
4. Taliban have started to go door to door to check people's houses. I have even burned some of my printed documents/ letters related to my case because I am afraid that they will find out and hurt me and my family.
5. We are also worried because my husband's brother worked with US military construction project and he is living in the USA, If Taliban find out about our relation, then, we will be targeted

Thank you,

*Amina jafari*

Aminah Jafari
Aminajafari1997@gmail.com
93703137143