UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOMINGO ARREGUIN GOMEZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States of America, *et al.*, <br><br> Defendants. | Civil Action No. 20-1419 (APM) |
| MOHAMMED ABDULAZIZ ABDULBAGI MOHAMMED, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL R. POMPEO, Secretary, U.S. Department of State, *et al.*, <br><br> Defendants. | Civil Action No. 20-1856 (APM) |
| CLAUDINE NGUM FONJONG, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States of America, *et al.*, <br><br> Defendants. | Civil Action No. 20-2128 (APM) |

1



| | ) | |
|---|---|---|
| AFSIN AKER, *et al.*, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 20-1926 (APM) |
| DONALD J. TRUMP, President of the United States of America, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

| | ) | |
|---|---|---|
| MORAA ASNATH KENNEDY, *et al.*, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 20-2639 (APM) |
| DONALD J. TRUMP, President of the United States of America, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## **DEFENDANTS' NOTICE OF LODGING OF DECLARATIONS**

Defendants respectfully submit this Notice of Lodging of Declarations to be considered with Defendants' portion of the Joint Status Report, which was filed on August 26, 2021 (ECF 240).

Defendants' portion of the Joint Status Report contains references to the declarations of Neal Vermillion, Division Chief, Outreach and Inquiries Division, Office of Field Operations of the Visa Office, Bureau of Consular Affairs, U.S. State Department, and Gulcin Halici, Team Lead, Systems Development and Liaison Team, Office of Information Management and Liaison of the Visa Office, Bureau of Consular Affairs, U.S. State Department.

August 26, 2021                                     Respectfully submitted,


                                                    BRIAN M. BOYNTON
                                                    Acting Assistant Attorney General, Civil Division
                                                    WILLIAM C. PEACHEY
                                                    Director, Office of Immigration Litigation,
                                                    District Court Section
                                                    COLIN A. KISOR
                                                    Deputy Director
                                                    GLENN M. GIRDHARRY
                                                    Assistant Director
                                                    JOSHUA PRESS
                                                    Senior Litigation Counsel

                                                    <u>/s/ James J. Wen</u>
                                                    JAMES J. WEN
                                                    ERIC C. STEINHART
                                                    Trial Attorneys
                                                    U.S. Department of Justice, Civil Division
                                                    Office of Immigration Litigation – DCS
                                                    P.O. Box 868, Ben Franklin Station
                                                    Washington, DC 20044
                                                    Tel: (202) 532-4142
                                                    Email: james.j.wen@usdoj.gov

                                                    *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 26, 2021, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

                                                                   */s/ James J. Wen*
                                                                   JAMES J. WEN
                                                                   Trial Attorneys
                                                                   U.S. Department of Justice, Civil Division
                                                                   Office of Immigration Litigation – DCS