UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DOMINGO ARREGUIN GOMEZ, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 20-1419 (APM) |
| JOSEPH R. BIDEN, JR., President of the United States of America, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) ) | |
| MOHAMMED ABDULAZIZ ABDULBAGI MOHAMMED, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 20-1856 (APM) |
| ANTONY BLINKEN, Secretary, U.S. Department of State, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) ) | |
| CLAUDINE NGUM FONJONG, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 20-2128 (APM) |
| JOSEPH R. BIDEN, JR., President of the United States of America, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) ) | |

1

| | |
|---|---|
| AFSIN AKER, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JOSEPH R. BIDEN, JR., President of the )<br>United States of America, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 20-1926 (APM) |
| MORAA ASNATH KENNEDY, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JOSEPH R. BIDEN, JR., President of the )<br>United States of America, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 20-2639 (APM) |

# NOTICE OF APPEAL

Defendants hereby appeal from the Court's Order entered October 13, 2021 (ECF No. 243) in the above-captioned cases to the United States Court of Appeals for the District of Columbia Circuit.

December 10, 2021                                      Respectfully submitted,

                                                                            BRIAN M. BOYNTON
                                                                            Acting Assistant Attorney General, Civil
                                                                            Division

                                                                            WILLIAM C. PEACHEY

2

Director, Office of Immigration Litigation,
District Court Section

COLIN A. KISOR
Deputy Director

GLENN M. GIRDHARRY
Assistant Director

JOSHUA S. PRESS
Senior Litigation Counsel

<u>/s/ *James J. Wen*</u>
JAMES J. WEN
ERIC C. STEINHART
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation – DCS
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4142
Email: james.j.wen@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2021, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

*/s/ James J. Wen*
JAMES J. WEN
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation – DCS
