CURTIS LEE MORRISON (D.C. Bar ID: 1631896)
RAFAEL URENA (Pro Hac Vice)
KRISTINA GHAZARYAN (Pro Hac Vice)
ABADIR BARRE (Pro Hac Vice)
Morrison Urena, LC
PO Box 80844
Rancho Santa Margarita, CA 92688
Telephone: (703) 989-4424
curtis@morrisonurena.com
rafael@morrisonurena.com
kristina@morrisonurena.com
abadir@barrelaw.com

*Attorneys for Mohammed, Fonjong, and Kennedy Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DOMINGO ARREGUIN GOMEZ, *et al.*, <br>    Plaintiffs, <br><br>v. <br><br>JOSEPH R. BIDEN, President of the United <br>    States of America, *et al.*, <br>    Defendants. | Civil Action No. 20-1419 (APM) |
| MOHAMMED ABDULAZIZ ABDULBAGI <br>    MOHAMMED, *et al.*, <br>    Plaintiffs, <br><br>v. <br><br>ANDREW J. BLINKEN, Secretary, U.S. <br>    Department of State, *et al.*, <br>    Defendants. | Civil Action No. 20-1856 (APM) |
| CLAUDINE NGUM FONJONG, *et al.*, <br>    Plaintiffs, <br><br>v. | Civil Action No. 20-2128 (APM) |

| | |
|---|---|
| JOSEPH R. BIDEN, President of the United<br>        States of America, *et al.*,<br>        Defendants. | |
| | |
| AFSIN AKER, *et al.*,<br>        Plaintiffs,<br><br>    v.<br><br>JOSEPH R. BIDEN, President of the United<br>        States of America, *et al.*,<br>        Defendants. | Civil Action No. 20-1926 (APM) |
| | |
| MORAA ASNATH KENNEDY, *et al.*,<br>        Plaintiffs,<br><br>    v.<br><br>JOSEPH R. BIDEN, President of the United<br>        States of America, *et al.*,<br>        Defendants. | Civil Action No. 20-2639 (APM) |

**RESPONSE TO DEFENDANTS' JAN. 11, 2022 STATUS REPORT (ECF No. 250)**

On January 11, 2022, Defendants filed their first Status Report required by the October 13, 2021 order. ECF No. 250. After careful review, *Mohammed, Fonjong,* and *Kennedy* Plaintiffs ask the Court to set a **status conference** to discuss the report, based upon the following facts:

1. Defendants have so far issued precisely zero DV-2020 visas.

2. The Court's reasoning in giving Defendants until the end of September to issue the 9,095 reserved visas was tied to 1,000 visas per month not being "too much [to ask] of the State Department." ECF No. 144 at 4. However, Defendants have decided to procrastinate, and by only resuming processing in April, they may not plan to begin interviews before summer. Defendants should not be permitted to manufacture their own crisis.

2

3. Defendants claim to be "frontloading the processing of FY2022 DV cases earlier in the year" in an attempt "to create more capacity for the FY2020 and FY2021 DV adjudications later on in FY 2022" (ECF No. 240 at 4; ECF No. 250-1 at ¶10), yet we learned when visas statistics were published on January 3rd, that the State Department has only issued 194 DV-2022 visas in the whole world in the first 3 months of the fiscal year.[1]

4. Defendants continue to misrepresent the rights of DV-2020 selectees on their public-facing websites. Plaintiffs' counsel has pointed out this distressing situation to Defendants' counsel multiple times in emails. For example, the website for the US Embassy in Jordan, right now, reads:

    "*In addition, DV2020 applicants, who were refused, will not be interviewed, scheduled, or reconsidered for visas, as those applicants were only eligible for issuance of a visa through the end of the 2020 fiscal year, which ended on September 30, 2020.*"[2]

5. The State Department has not updated its primary public-facing website on DV-2020 visas since October 25, 2021, when it posted "[w]e will publish additional public guidance on this website regarding the Department's compliance with these orders as it becomes available."[3] Plaintiffs and the *Gomez* class deserve to be kept informed, and the absence of that additional public guidance is distressing. Related, many DV-2020 selectees find themselves in the United States now on nonimmigrant visas and they would normally be eligible for adjustment of status through USCIS, but Defendant Department of Homeland Security has not updated any public-facing guidance related to DV-2020 selectees.

---

[1] Monthly Immigrant Visa Issuance Statistics, US State Department, https://travel.state.gov/content/travel/en/legal/visa-law0/visa-statistics/immigrant-visa-statistics/monthly-immigrant-visa-issuances.html.
[2] Immigrant Visas, US Embassy Jordan, https://jo.usembassy.gov/visas/immigrant-visas/
[3] U.S. Visa News, US State Department, https://travel.state.gov/content/travel/en/News/visas-news.html.

6. Finally, Soviet-era vaccinations cause false positive TB tests, triggering medical examiners to order subsequent x-rays which take up to 3 months to get results on. Because of that 3-month delay, this means this sub-category of DV-2020 selectees cannot afford to not get their interviews until June or after, and Defendants' failure to implement the order is increasing their risk of missing out on a DV-2020 visa. Note, Plaintiffs' counsel proposed two solutions to this problem, but Defendants did not respond to either.

Dated: January 12, 2022    Respectfully submitted,

*/s/ Curtis Lee Morrison*

Curtis Lee Morrison
Rafael Ureña
Kristina Ghazaryan
Abadir Barre
**Morrison Urena, LC**
PO Box 80844
Rancho Santa Margarita, CA 92688
Tel: (703) 929-4424
Fax: (929) 286-9584
*Attorneys for Mohammed, Fonjong, and Kennedy Plaintiffs*