UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOMINGO ARREGUIN GOMEZ, *et al.*,<br>　　　Plaintiffs,<br><br>　　v.<br><br>JOSEPH R. BIDEN, JR., President of the<br>United States of America, *et al.*,<br><br>　　　Defendants. | Civil Action No. 20-1419 (APM) |
| MOHAMMED ABDULAZIZ ABDULBAGI<br>MOHAMMED, *et al.*,<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>ANTHONY BLINKEN, Secretary,<br>U.S. Department of State, *et al.*,<br><br>　　　Defendants. | Civil Action No. 20-1856 (APM) |
| CLAUDINE NGUM FONJONG, *et al.*,<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>JOSEPH R. BIDEN, JR., President of the<br>United States of America, *et al.*,<br><br>　　　Defendants. | Civil Action No. 20-2128 (APM) |

|  |  |  |
|---|---|---|
| AFSIN AKER, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 20-1926 (APM) |
| JOSEPH R. BIDEN, JR., President of the United States of America, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |
| MORAA ASNATH KENNEDY, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 20-2639 (APM) |
| JOSEPH R. BIDEN, JR., President of the United States of America, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) ) | |

## NOTICE

Government Defendants have moved to stay this Court's order requiring them to process 9,095 diversity visas by September 30, 2022, while they appeal that order to the D.C. Circuit. *See* Dkt. No. 253. They do so nearly four months after this Court's final order on summary judgment, Dkt. No. 244; nearly two months after filing their notice of appeal, Dkt. No. 248; and sixteen months after those diversity visas should have been processed, had Defendants complied with their nondiscretionary duty to process diversity-visa applications in a timely fashion.

After waiting months to seek a stay, Defendants now ask the Court to "act on this stay request by February 15, 2022," a mere 14 days after they filed their motion. Dkt. No. 253, at 1.

1

Neither Defendants' motion nor their previously filed status report, Dkt. No. 250 (which set forth a lengthy timeline for processing the visas), provides any justification for this request that the Court rule on their stay motion the same day that Plaintiffs' response is due.

Under Local Rule 7(b), Plaintiffs may "file a memorandum of points and authorities in opposition" to a motion within "14 days of the date of service" of that motion, and Plaintiffs intend to file their opposition on February 15 pursuant to that rule.

Plaintiffs therefore ask the Court not to address Defendants' stay motion until after the filing of Plaintiffs' opposition on February 15, 2022.

| | |
|---|---|
| February 4, 2022 | Respectfully submitted,<br><br>/s/ Andrew J. Pincus<br>Andrew J. Pincus (D.D.C. Bar No. 370762)<br>MAYER BROWN LLP<br>1999 K Street, NW<br>Washington, DC 20006<br>Telephone: (202) 263-3000<br>apincus@mayerbrown.com<br><br>Matthew D. Ingber (*pro hac vice*)<br>MAYER BROWN LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br><br>Jesse M. Bless (D.D.C. Bar No. MA0020)<br>WASDEN BANIAS LLC<br>38 Romney Street, Suite 201<br>Charleston, SC 29464<br><br>Karen C. Tumlin (*pro hac vice*)<br>Esther H. Sung (*pro hac vice*)<br>Jane P. Bentrott (*pro hac vice*)<br>JUSTICE ACTION CENTER<br>P.O. Box 27280<br>Los Angeles, CA 90027<br><br>Stephen Manning (*pro hac vice*)<br>Tess Hellgren (*pro hac vice*)<br>Jordan Cunnings (pro hac vice)<br>INNOVATION LAW LAB<br>333 SW Fifth Avenue #200<br>Portland, OR 97204<br><br>Laboni A. Hoq (*pro hac vice*)<br>LAW OFFICE OF LABONI A. HOQ<br>Justice Action Center Cooperating Attorney<br>P.O. Box 753<br>South Pasadena, CA 91030<br><br>*Counsel for Gomez Plaintiffs* |

3