UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOMINGO ARREGUIN GOMEZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., President of the United States of America, *et al.*, <br><br> Defendants. | Civil Action No. 20-1419 (APM) |
| MOHAMMED ABDULAZIZ ABDULBAGI MOHAMMED, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ANTONY BLINKEN, Secretary, U.S. Department of State, *et al.*, <br><br> Defendants. | Civil Action No. 20-1856 (APM) |
| CLAUDINE NGUM FONJONG, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., President of the United States of America, *et al.*, <br><br> Defendants. | Civil Action No. 20-2128 (APM) |

|  |  |
|---|---|
| AFSIN AKER, *et al.*, <br><br>    Plaintiffs, <br><br>    v. <br><br>JOSEPH R. BIDEN, JR., President of the United States of America, *et al.*, <br><br>    Defendants. | Civil Action No. 20-1926 (APM) |
| MORAA ASNATH KENNEDY, *et al.*, <br><br>    Plaintiffs, <br><br>    v. <br><br>JOSEPH R. BIDEN, JR., President of the United States of America, *et al.*, <br><br>    Defendants. | Civil Action No. 20-2639 (APM) |

**NOTICE REGARDING MOTION TO EXPEDITE D.C. CIRCUIT APPEAL**

On March 3, 2022, this Court granted Defendants' Motion to Stay its prior orders, Dkts. 242–244, for a period of thirty days upon the condition that by March 10, 2022, Defendants seek to expedite the appeal before the D.C. Circuit. Dkt. 258.

On March 9, 2022, Defendants-Appellants filed their Motion to Expedite Appeal with the D.C. Circuit in Case Number 21-5263, Document Number 1938470. Therefore, Defendants believe they have met the condition necessary to maintain the stay afforded by this Court and that the conditional stay will be in effect until April 2, 2022.[1] *See* Dkt. 258 at 5. Defendants will notify

---

[1] Defendants read this Court's stay order (Dkt. 258) to also conditionally stay the rolling

this Court when the D.C. Circuit acts on Defendants-Appellants' Motion to Expedite Appeal and seek an extension of the stay based on the D.C. Circuit's scheduling order. If the D.C. Circuit does not act prior to the expiration of this Court's conditional stay, Defendants will seek to extend the stay until the D.C. Circuit acts.

---

status reports as required under this Court's October 13, 2021 order (Dkt. 244 at 4–5).

Dated: March 9, 2022						Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section

COLIN A. KISOR
Deputy Director

GLENN M. GIRDHARRY
Assistant Director

JOSHUA S. PRESS
Senior Litigation Counsel

*/s/ Eric C. Steinhart*
ERIC C. STEINHART (D.C. Bar # 1034461)
JAMES J. WEN
Trial Attorneys
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
Post Office Box 868
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-0618
Email: eric.c.steinhart@usdoj.gov

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2022, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

                                         */s/ Eric C. Steinhart*
                                         ERIC C. STEINHART
                                         Trial Attorney
                                         U.S. Department of Justice, Civil Division
                                         Office of Immigration Litigation – DCS