UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOMINGO ARREGUIN GOMEZ, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JOSEPH R. BIDEN, JR., President of the )<br>United States of America, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 20-1419 (APM) |
| MOHAMMED ABDULAZIZ ABDULBAGI )<br>MOHAMMED, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ANTONY BLINKEN, Secretary, )<br>U.S. Department of State, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 20-1856 (APM) |
| CLAUDINE NGUM FONJONG, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JOSEPH R. BIDEN, JR., President of the )<br>United States of America, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 20-2128 (APM) |

| | |
|---|---|
| AFSIN AKER, *et al.*,  )<br>  )<br>    Plaintiffs,  )<br>  )<br>  v.  )<br>  )<br>JOSEPH R. BIDEN, JR., President of the  )<br>United States of America, *et al.*,  )<br>  )<br>    Defendants.  )<br>  ) | Civil Action No. 20-1926 (APM) |
| MORAA ASNATH KENNEDY, *et al.*,  )<br>  )<br>    Plaintiffs,  )<br>  )<br>  v.  )<br>  )<br>JOSEPH R. BIDEN, JR., President of the  )<br>United States of America, *et al.*,  )<br>  )<br>    Defendants.  )<br>  ) | Civil Action No. 20-2639 (APM) |

## NOTICE OF D.C. CIRCUIT ACTION AND MOTION TO EXTEND STAY PENDING RESOLUTION OF APPEAL

On March 3, 2022, this Court granted Defendants' Motion to Stay its prior orders, Dkts. 243, 244, for a period of thirty days upon the condition that by March 10, 2022, Defendants seek to expedite the appeal before the D.C. Circuit. Dkt. 258. On March 24, 2022, Defendants' counsel requested Plaintiffs' position on the instant motion to extend the stay via e-mail. Plaintiffs' counsel informed Defendants' counsel that they oppose the motion (E-mail correspondence of positions attached as Exhibit A).

On February 2, 2022, Defendants-Appellants filed a Motion for Consolidation with the D.C. Circuit. Case Number 21-5277, Doc. Number 1933481. The motion moved the D.C. Circuit to consolidate the appeal of this Court's orders with appeals of similar orders

in three other cases: *Maxwell Goodluck, et al. v. Joseph Biden, Jr., et al.*, Nos. 21-5263, 21-5270 ("*Goodluck*"); *Karolina Rai., et al. v. Antony J. Blinken, et al.,* No. 21-5277 ("*Rai*"); and *Brandon Kin Shaun Goh, et al. v. U.S. Dep't of State, et al.*, Nos. 21-5271, 21-5272 ("*Goh*"). On March 9, 2022, Defendants-Appellants filed their Motion to Expedite Appeal of this case, along with the above-listed cases, with the D.C. Circuit, thereby satisfying this Court's condition precedent. Case Number 21-5263, Doc. Number 1938470; *see* Dkt. 259.

On March 21, 2022, the D.C. Circuit granted the motion to expedite and consolidate the above-listed appeals under *Goodluck*, setting the following schedule:

| | |
|---|---|
| Government Appellants' Opening Brief: | March 31, 2022 |
| Plaintiff-Appellees' Response Brief(s) (Combined with *Goh* Appellants' Opening Brief): | April 21, 2022 |
| Government Appellants' Combined Response/Reply Brief: | May 5, 2022 |
| *Goh* Appellants' Reply Brief: | May 19, 2022 |
| Deferred Appendix: | May 26, 2022 |
| Final Briefs: | June 9, 2022 |
| Oral Argument: | September 2022 |

*Goodluck,* Case Number 21-5263, Doc. Number 1939898 (attached hereto as Exhibit B).

Having complied with this Court's order, and with the D.C. Circuit having acted to expedite the appeal of this case (and those consolidated with it), Defendants now move for a commonsense extension of the stay already granted by this Court. *See* Dkt. 258. For the same reasons set forth in Defendants' initial motion for stay, Dkt. 253, and their reply in support of their motion, Dkt. 257, Defendants respectfully request that this Court extend

its stay and maintain the status quo until such time as the D.C. Circuit has ruled on the pendant appeal and issued its mandate.

Dated: March 25, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

COLIN A. KISOR
Deputy Director

GLENN M. GIRDHARRY
Assistant Director

JOSHUA PRESS
Senior Litigation Counsel

*/s/ Eric C. Steinhart*
ERIC C. STEINHART (D.C. Bar #1034461)
JAMES J. WEN
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation – DCS
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 514-0618
Email: eric.c.steinhart@usdoj.gov

*Counsel for Defendants*