UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED ABDULAZIZ ABDULBAGI MOHAMMED, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ANTONY BLINKEN, Secretary, U.S. Department of State, *et al.*,<br><br>Defendants. | Civil Action No. 20-1856 (APM) |
| CLAUDINE NGUM FONJONG, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., President of the United States of America, *et al.*,<br><br>Defendants. | Civil Action No. 20-2128 (APM) |
| MORAA ASNATH KENNEDY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., President of the United States of America, *et al.*,<br><br>Defendants. | Civil Action No. 20-2639 (APM) |

1

## DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS' MOTION TO EXTEND STAY PENDING RESOLUTION OF APPEAL

On March 3, 2022, this Court granted Defendants' Motion to Stay its prior orders, Dkts. 243, 244, for a period of thirty days on the condition that by March 11, 2022, Defendants sought an expedited appeal before the D.C. Circuit. Dkt. 258. On March 25, 2022, Defendants sought an extension of the stay. Dkt. 260. Absent an extension, that conditional stay is set to expire tomorrow on April 2, 2022.

As noted in Defendants' motion, on March 21, 2022, the D.C. Circuit entered an order granting Defendant-Appellants' motions to expedite and consolidate and entered its scheduling order. Dkt. 260; Case Number 21-5263, Document Number 1939898. Notably, on March 31, 2022, Defendants-Appellants filed their Opening Brief with the D.C. Circuit pursuant to the expedited briefing schedule. Case Number 21-5263, Document Number 1941512.

On March 31, 2022, Plaintiffs in *Mohammed*, *Fonjong*, and *Kennedy* filed their response in opposition of the stay. Dkt. 261. Plaintiffs largely reprise their arguments from their opposition to Defendants' original motion for a stay. *See generally* Dkt. 256. Here, Plaintiffs point to nothing that would merit this Court's reconsideration.[1] Having complied with this Court's order by seeking an expedited appeal, and having already filed Defendant-Appellants' Opening Brief with the D.C. Circuit, this Court should grant Defendants' request to extend the stay until such time as the D.C. Circuit has ruled on the pendant appeal and issued its mandate.

---

[1] While this Reply addresses some of the arguments made by Plaintiffs in their opposition, failure to address other arguments should not be construed as a concession as to the merits of those arguments. Rather, Defendants believe those arguments are adequately addressed in Defendants' prior motions and attachments, and need not be repeated here.

Dated: April 1, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section

COLIN A. KISOR
Deputy Director

GLENN M. GIRDHARRY
Assistant Director

JOSH S. PRESS
Senior Litigation Counsel

*/s/ James J. Wen*
JAMES J. WEN
ERIC C. STEINHART
Trial Attorneys
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
Post Office Box 868
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 532-4142
Email: James.J.Wen@usdoj.gov