UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOMINGO ARREGUIN GOMEZ, *et al.*,<br><br>      Plaintiffs,<br><br>      v.<br><br>JOSEPH R. BIDEN, JR., President of the<br>United States of America, *et al.*,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 20-1419 (APM)<br>)<br>)<br>)<br>)<br>)<br>) |
| MOHAMMED ABDULAZIZ ABDULBAGI<br>MOHAMMED, *et al.*,<br><br>      Plaintiffs,<br><br>      v.<br><br>ANTONY BLINKEN, Secretary,<br>U.S. Department of State, *et al.*,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 20-1856 (APM)<br>)<br>)<br>)<br>)<br>)<br>) |
| CLAUDINE NGUM FONJONG, *et al.*,<br><br>      Plaintiffs,<br><br>      v.<br><br>JOSEPH R. BIDEN, JR., President of the<br>United States of America, *et al.*,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 20-2128 (APM)<br>)<br>)<br>)<br>)<br>)<br>) |



AFSIN AKER, *et al.*,                                    )
                                                         )
                Plaintiffs,                              )
                                                         )
        v.                                               )        Civil Action No. 20-1926 (APM)
                                                         )
JOSEPH R. BIDEN, JR., President of the                   )
United States of America, *et al.*,                      )
                                                         )
                Defendants.                              )
                                                         )

MORAA ASNATH KENNEDY, *et al.*,                          )
                                                         )
                Plaintiffs,                              )
                                                         )
        v.                                               )        Civil Action No. 20-2639 (APM)
                                                         )
JOSEPH R. BIDEN, JR., President of the                   )
United States of America, *et al.*,                      )
                                                         )
                Defendants.                              )
                                                         )

### DEFENDANTS' STATUS REPORT

Pursuant to the Court's April 5, 2022 order, ECF No. 264, Defendants provide the following status report to "update[] the court on the State Department systems' preparedness to issue DV 2020 visas." *Id.* at 4. In support thereof, attached as Exhibit A is the declaration of Sharon B. Westmark, dated July 15, 2022, which states that the United States Department of State (the "State Department") has completed the necessary IT systems modifications to process Diversity Visa ("DV") cases from prior fiscal years if Plaintiffs prevail on appeal. *See* Ex. A at ¶ 3. If ordered to process DV cases from prior fiscal years, the State Department's Office of Consular Systems and Technology will need to run a script at each of the 151 immigrant visa processing posts,

changing prior year cases from "Inactive" to "Active" status. *Id.* The script must be run in the database of each post, which is a process that should take several minutes per post to complete. *Id.*

Respectfully submitted,

July 21, 2022

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General, Civil Division

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation, District Court Section

COLIN A. KISOR
Deputy Director

GLENN M. GIRDHARRY
Assistant Director

JOSHUA S. PRESS
Senior Litigation Counsel

*/s/ Eric C. Steinhart*
ERIC C. STEINHART (D.C. Bar #1034461)
JAMES J. WEN
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation – DCS
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 514-0618
Email: eric.c.steinhart@usdoj.gov

*Attorneys for Defendants*