# EXHIBIT A

**DECLARATION OF SHARON B. WESTMARK**

I, Sharon B. Westmark, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am employed by the U.S. Department of State ("the Department") as a Division Chief in the Office of Consular Systems and Technology ("CST") in the Bureau of Consular Affairs ("CA"). In this position, I oversee the design, development, testing, and operations and maintenance of the information technology ("IT") mission systems in support of CA's passport, overseas citizens' services, and visa operations. The statements made herein are based on information gathered through the execution of my official duties with the Department. I have served in CST for approximately eight years and have been in my current position for approximately five years.

2. This declaration is submitted in accordance with the following court orders. First, the court order dated April 5, 2022, in *Gomez, et al. v. Biden, et al.*, No. 1:20-cv-01419-APM, ECF No. 264, which extended the *Gomez* court's previous stay of its final orders, *see* ECF No. 258, pending a decision from the United States Court of Appeals for the District of Columbia Circuit. Second, the court order dated April 6, 2022 in *Rai, et al. v. Blinken, et al.*, No. 1:21-cv-00863-TSC, ECF No. 81, which extended the *Rai* court's previous stay of its final orders*, see* ECF No. 76, pending a decision from the United States Court of Appeals for the District of Columbia Circuit. Third, the court order dated April 6, 2022 in *Goh, et al. v. U.S. Department of State, et al.*, No. 1:21-cv-00999-APM, ECF No. 59, which extended the *Goh* court's previous stay of its final orders, *see* ECF No. 56, pending a decision from the United States Court of Appeals for the District of Columbia Circuit. Each of the courts' orders required the Department to complete by September 2022 the IT systems modifications necessary to process diversity visa ("DV") cases from prior years should Plaintiffs prevail on appeal.

3. As of July 8, 2022, CST has completed the necessary IT systems modifications to process DV cases from prior years and the software has been uploaded to all consular posts overseas that process DV cases. As part of that modification, the Department deployed 36,872 DV cases from fiscal years 2020 and 2021. These cases are currently marked as "Inactive" in Department systems, which will prevent any inadvertent processing on those cases (*e.g.*, in the event an applicant in the DV 2022 program year was also a selectee in either 2020 or 2021). If ordered to process DV cases from prior years, CST will log into the relevant databases at all 151 immigrant visa processing posts to run a script that will change these cases from "Inactive" to "Active." This will allow consular officers worldwide to process DV cases from 2020 and 2021 in the Department's case processing software. The script must be run in the database of each post, which is a process that should take several minutes per post to complete.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15 day of July of 2022.

*Sharon Westmark*
_____

        Sharon B. Westmark
        Division Chief
        Office of Consular Systems and Technology
        Bureau of Consular Affairs
        United States Department of State